UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

PATRICK MACHNIEWICZ, Individually and On Behalf of All Others Similarly Situated,

               Plaintiff,

      vs.

UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,

            Defendants.

-------------------------------------------------------- x

Case No.: 19-cv-00822-MKB-VMS

**NOTICE OF JOINDER**

## JOINDER BY DEFENDANT CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED TO DEFENDANTS' JOINT MOTION TO DISMISS WITH PREJUDICE

PLEASE TAKE NOTICE that Defendant China International Capital Corporation Hong Kong Securities Limited, by its attorney, Simpson Thacher & Bartlett LLP, joins in and adopts the Motion to Dismiss with Prejudice filed by Defendants Uxin Limited, Morgan Stanley & Co. International plc, Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, and China Renaissance Securities (Hong Kong) Limited on January 10, 2020.

Dated: February 6, 2020
     New York, New York

                       Respectfully submitted,

                     /s/ *Jonathan Youngwood*
                     Jonathan Youngwood
                     SIMPSON THACHER & BARTLETT LLP

425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Morgan Stanley & Co. International plc, Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, China Renaissance Securities (Hong Kong) Limited, and China International Capital Corporation Hong Kong Securities Limited*