UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICK MACHNIEWICZ, individually and
on behalf of all others similarly situated,

                 Plaintiff,

        vs.

UXIN LIMITED, KUN DAI, ZHEN ZENG,
RONG LU, JULIAN CHENG, DOU SHEN,
HAINAN TAN, MORGAN STANLEY & CO.
INTERNATIONAL PLC, GOLDMAN SACHS
(ASIA) L.L.C., J.P. MORGAN SECURITIES
LLC, CHINA INTERNATIONAL CAPITAL
CORPORATION HONG KONG SECURITIES
LIMITED, and CHINA RENAISSANCE
SECURITIES (HONG KONG), LIMITED,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19-cv-822 (MKB) (VMS)

**ECF CASE**
**Electronically Filed**

**Oral Argument Requested**

## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF DEFENDANTS' JOINT MOTION TO
## DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for Defendant Uxin Limited ("Uxin") in this action.

2.      I respectfully submit this declaration in support of Defendants' Joint Motion to

Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following

documents:

      Exhibit A....................Uxin's Prospectus filed on Form 424(b)(4) (June 27, 2018)

      Exhibit B ....................Transcript of Uxin's Second Quarter 2018 Earnings Call (Aug. 22, 2018)

      Exhibit C ....................Uxin's Second Quarter 2018 Financial Results, filed on Form 6-K (Aug. 22, 2018)

Exhibit D....................Uxin's Historical Stock Price (June 27, 2018 to July 15, 2019)

Exhibit E ....................Uxin's Third Quarter 2018 Financial Results, filed on Form 6-K (Nov. 20, 2018)

Exhibit F....................Transcript of Uxin's Third Quarter 2018 Earnings Call (Nov. 20, 2018)

Exhibit G....................Uxin's Fourth Quarter and Full Year 2018 Financial Results, filed on Form 6-K (Mar. 14, 2019)

Exhibit H....................Transcript of Uxin's Fourth Quarter and Full Year 2018 Earnings Call (Mar. 14, 2019)

Exhibit I .....................J Capital Report on Uxin (Apr. 16, 2019)

Exhibit J .....................Uxin's Response to the J Capital Report, filed on Form 6-K (Apr. 22, 2019)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2020, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton