# Exhibit B

| | | |
|---|---|---|
| Company Name: Uxin Ltd | Market Cap: 967.82 | Bloomberg Estimates - EPS |
| Company Ticker: UXIN US | Current PX: 3.31 | Current Quarter: -0.825 |
| Date: 2018-08-22 | YTD Change($): N.A. | Current Year: -5.757 |
| Event Description: Q2 2018 Earnings Call | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| | | Current Quarter: 1041.000 |
| | | Current Year: 3201.667 |

# Q2 2018 Earnings Call

## Company Participants

- Trista Ren
- Dai Kun
- Zhen Zeng
- Unverified Participant
- Henry Tsai

## Other Participants

- Eddy Wang
- Ronald Keung
- Nick Lai

# MANAGEMENT DISCUSSION SECTION

## Operator

[ph] Ladies and (00:00:02) gentlemen, thank you for standing by, and welcome to Uxin Second Quarter 2018 Earnings Conference Call. At this time, all participants are in a listen-only mode. After management's prepared remarks, there will be a question-and-answer session. Today's conference call is being recorded. [Operator Instructions]

I would now like to hand the call over to Trista Ren, Investor Relations Manager of Uxin. Please go ahead, Ms. Ren.

## Trista Ren

Thank you, operator. Hello, everyone. Welcome to Uxin's second quarter 2018 conference call. Today, DK, our Founder and CEO; and Michael Zeng, our CFO, will discuss our financial results for the second quarter. Following the prepared remarks, Henry Tsai, our Head of Corporate Finance, will join DK and Michael to address any questions.

Before we start, I would like to remind you that our statements today will contain forward-looking statements that we make under Safe Harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. These statements are based on management's current knowledge and assumptions about future events that involve risks and uncertainties, which could cause actual results to differ materially from our expectations.

Uxin does not undertake any obligation to update any forward-looking statements except as required under applicable law. For more information about the potential risks and uncertainties, please refer to the company's filings with the SEC.

With that, I will now turn the call over to our CEO, DK.

## Dai Kun

Thank you, [indiscernible] (00:01:55). Hello, everyone. [ph] Welcome to (00:01:58) Uxin's first earnings call as a public company. Before I begin, I would like to take this opportunity to thank our shareholder community and all our partners who have supported us so far. Our listing on NASDAQ was a very important milestone in Uxin's history. But



| Company Name: Uxin Ltd | Market Cap: 967.82 | Bloomberg Estimates - EPS |
|---|---|---|
| Company Ticker: UXIN US | Current PX: 3.31 | Current Quarter: -0.825 |
| Date: 2018-08-22 | YTD Change($): N.A. | Current Year: -5.757 |
| Event Description: Q2 2018 Earnings Call | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| | | Current Quarter: 1041.000 |
| | | Current Year: 3201.667 |

we are still only at the beginning of our journey to transfer the used car industry in China.

We are pleased to report a robust top-line growth of 80% year-over-year, primarily driven by increase in transaction volume, number of loan facilitation and the take rate during the quarter. In particular, we continue to see strong demand from our 2C service. The revenue for our overall 2C business, including both transaction facilitation and loan facilitation, increased by 86% year-over-year.

During the quarter, the transaction volume for our 2C business reached 96,000, [ph] representing (00:03:06) 50.4% year-over-year growth. This is equivalent to GMV of RMB 8 billion. In addition, we were also able to increase our transaction facilitation take rates to 1.2%, compared to 0.8% in last Q2. Showing our strong brand value and pricing power, as a result our transaction facilitation revenue increased by 94% year-over-year during the quarter.

Along with the increase of the number of transactions, we similarly were able to increase the number of loan facilitation along with our increase of loan facilitation services fee rates from 4.8% in Q2 last year

to 7.1% in Q2 this year. The 2C loan facilitation revenue year-over-year growth was 83%.

What is important to highlight is that we have demonstrated our capabilities to ensure stable credit performance [ph] we then improved our (00:04:21) M3+ delinquency rate, which was 1.53% during the quarter compared to 1.56% in Q1. This result is a slight gain from guarantee liability. The [indiscernible] (00:04:40) top-line growth continues to enhance our position as the number one player in the used car e-commerce market in China. We also continued to gain operating leverage as we expanded the scale of our business and improved efficiency.

In the second quarter, we maintained our focus on [ph] increase the (00:05:03) number of choice for consumer, improving digital transparency and providing a one-stop solution for used car buyers. I will walk you through some of the drivers of our business as we progress during the quarter. First, the choice. Uxin's platform is focused on making it easier to buy used car. Instead of choosing from the limited car available in the local used car market, Uxin give user the choice of more than 200,000 vehicles from all across China.

Second, we bring [ph] unmatched data (00:05:44) digital transparency to the transaction by providing video inspection report and covered over 300 checking points per car. Third, we offer a one-stop solution for our users that include title transfer, finance options, insurance, nationwide deliver and industry-leading warranting program.

One of the most important drivers of our success is our leading technology and capability, which enable Uxin to increase transaction efficiency and solve many of [indiscernible] (00:06:23) in the used car market.

Since we start, we have accumulated a huge volume of proprietary data with over 4.5 million inspection and over 1.2 million transactions. With AI and machine learning, we can analyze this data to: first, provide a digital transparency of [indiscernible] (00:06:48) price and residual value; second, better match buyers and sellers with personalized recommendation; and third, improve credit risk assessment capability.

Well, we continue to refine this technology. We are also exploring other cutting-edge technology, such as virtual reality, that will enhance the user experience. We are confident that VR technology will allow users to enjoy the same quality of offline shopping experience as that of offline, if not better. We will share more detail on this and other technology in future quarters.

Before I turn the call over to our CFO, Michael, I'd like to brief update on a change of part to our business model. Historically, we provide inspection and other complementary services in our B2B business that enable consumer to sell used cars through our 2B business using auction. In the second half of this year, we will take a different approach and directly connect to this consumer with quality dealers without us providing inspection and other services. This will enable us to continue to create value for our users, as well as increase our operating efficiency.

Please note, however, the change of business approach will mean that we were no longer included corresponding GMV from C2B service in future quarters. Our 2B business going forward will include only our B2B business.

| | | |
|---|---|---|
| Company Name: Uxin Ltd | Market Cap: 967.82 | Bloomberg Estimates - EPS |
| Company Ticker: UXIN US | Current PX: 3.31 | Current Quarter: -0.825 |
| Date: 2018-08-22 | YTD Change($): N.A. | Current Year: -5.757 |
| Event Description: Q2 2018 Earnings Call | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| | | Current Quarter: 1041.000 |
| | | Current Year: 3201.667 |

Looking forward, we are very excited about the opportunities ahead of us. The Chinese auto market is extremely underpenetrated relatively to the mature market such as U.S., as we expect to see substantive growth for many years.

Now, I would like to turn the call over our CFO, Michael, to talk through our financials.

## Zhen Zeng

Well, thanks, DK. Hello, everyone. Thanks for joining us. Now, I will walk you through our financial performance in the second quarter of 2018. Note that all numbers are in RMB unless otherwise stated. Also, please note that some numbers that I refer to are non-GAAP. You can find a reconciliation of these numbers in our earnings release.

So, in the second quarter, total revenues increased by 80% to RMB 666 million from RMB 371 million in the second quarter of 2017. The increase was primarily due to the increase in the transaction volume, amount of loans facilitated and the take rate.

Drilling down to our 2C and 2B business unit, our 2C transaction facilitation revenue was RMB 94 million, an increase of 94% from RMB 48 million in the second quarter of 2017. Our 2C transaction facilitation take rate was 1.2%, increased from 0.8% and 1.1% in Q2 2017 and Q1 2018, respectively.

2C loan facilitation revenue increased by 83% to RMB 322 million from RMB 175 million in the same period last year. Our service fee rate was 7.1% during the quarter, compared to 4.8% and 6.9% in Q2 2017 and Q1 2018, respectively.

In terms of our 2B business, so our 2B transaction facilitation revenue reached RMB 161 million, representing an increase of 48% from RMB 109 million in the Q2 2017. Our take rate for 2B transaction facilitation was 3.5% in the second quarter, compared to 2.7% and 3.5% in Q2 2017 and Q1 2018, respectively. Our ability to increase take rate is a clear demonstration of our increased brand value, scale, and pricing power.

Cost of revenues increased by 58% year-over-year to RMB 259 million compared to RMB 164 million in the same period last year. The increase was primarily due to the increase in the number of personnel engaged in our car inspection, quality control, customer service and after-sales service, cost of title transfer and registration, and cost of new cars sold.

Gross margin was 61% compared to 56% in same period last year. The margin expansion was the result of higher take rate and operating efficiency of our inspection personnel. Total operating expenses was RMB 1,711 million. Non-GAAP operating expenses excluding share-based compensation were RMB 811 million.

And sales and marketing expenses increased by 31% year-over-year to RMB 610 million compared to RMB 465 million in the same period last year, primarily due to the increase in employee compensation. Of this, branding expenses remained relatively stable compared to the year-ago period at RMB 201 million.

This result is a substantial gain in operating leverage. As a result, sales and marketing expenses excluding share-based compensation expenses decrease as a percentage of total revenue to 92% during the quarter from 125% and 98% in Q2 2017 and Q1 2018, respectively.

And G&A expenses increased by 930% year-over-year to RMB 1,024 million from approximately RMB 99 million in the same period last year. The increase was primarily due to the increase in salary and benefit expenses and share-based compensation, which have two major components: RMB 226 million of options granted to management and employees that lasted upon the completion of IPO; and the issuance of RMB 620 million of restricted shares. The vast majority of share-based compensation was one-time and won't recur in the future quarters.

And G&A expenses excluding the impact of share-based compensation was RMB 141 million, representing a 21% of total revenue in the quarter compared to the 27% and 25% in Q2 2017 and Q1 2018, respectively. R&D expenses increased by 64% year-over-year to RMB 82 million in Q2 from RMB 50 million in the corresponding period last year. The increase was primarily due to the increase in salary and benefit expenses and the share-based compensation. R&D expenses excluding the impact of share-based compensation were RMB 66 million, representing 10% of total revenue



| | |
|---|---|
| Company Name: Uxin Ltd | Market Cap: 967.82 | Bloomberg Estimates - EPS |
| Company Ticker: UXIN US | Current PX: 3.31 | Current Quarter: -0.825 |
| Date: 2018-08-22 | YTD Change($): N.A. | Current Year: -5.757 |
| Event Description: Q2 2018 Earnings Call | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| | | Current Quarter: 1041.000 |
| | | Current Year: 3201.667 |

in the quarter compared to 14% and 11% in Q2 2017 and Q1 2018, respectively. Overall, our increasing operating leverage and the prudent approach to expense management will continue to improve our profitability.

Gains from guarantee liability have resulted in a gain of RMB 5.1 million. The gain is the result of a slight improvement in delinquency rate as compared to that of the Q1 2018. Loss from operations was RMB 1,304 million, compared to RMB 388 million in the prior year period.

Non-GAAP loss from operations, which exclude share-based compensation expenses, was RMB 404 million compared to RMB 388 million in the same period last year. The change in fair value of derivative liabilities resulted in a gain of RMB 1,544 million in the second quarter of 2018, compared with a loss of RMB 183 million in the same period of last year. The change was mainly due to the change of value of company before the IPO. This is a one-time accounting impact due to the conversion features of preferred share and the redemption feature of redeemable non-controlling interests.

As all these shares were converted into ordinary share at IPO, the [ph] upcoming (00:17:10) impact will not recur in the future. Net income was RMB 210 million compared with the a net loss of RMB 570 million in the prior year period, primarily due to the gain from the change in fair value of derivative liabilities.

Non-GAAP adjusted net loss, which excludes share-based compensation and the change in fair value of derivative liabilities, was RMB 434 million in the quarter compared to a loss of RMB 387 million in the same period last year.

Now turning to our cash position. As of June 30, 2018, Uxin had cash and cash equivalents of RMB 829 million compared with RMB 292 million as of December 31, 2017. The company also had restricted cash of RMB 1,806 million compared with RMB 1,617 million as of December 31, 2017. In July, the company received a net proceed of $308 million from the IPO and the issuance of convertible bonds.

Finally, turning to guidance. For the third quarter of 2018, we expect the total revenue to be in the range of RMB 810 million to RMB 850 million. This forecast reflects the company's current and the preliminary views on the market and operational conditions, which are subject to change.

That concludes our prepared remarks.

## Unverified Participant

Thank you, Michael. Operator, we'd now like to open the call for questions.

# Q&A

## Operator

[indiscernible] (00:19:10) we are now beginning the question-and-answer session. [Operator Instructions] Our first question comes from line of Eddy Wang from Morgan Stanley. Please ask your question.

<Q - Eddy Wang>: Hi, DK, Michael and Henry. Thank you for taking my questions. Firstly, let me congratulate on the strong results. So, I have two questions. The first one is regarding the 2C business. We noted that we have delivered a very solid 2C business growth in terms of the transaction volume and the take rate of the transaction facilitation and the loan facilitation also improved. So, in my view, this is quite impressive, especially that the China auto market is relatively weak, especially in the second quarter and third quarter. So can you give us more color on how we can sustain this strong growth into the third quarter because that you have give a quite strong third quarter guidance in terms of revenue and this guidance actually implies an accelerating 2C business growth in the third quarter? This is my first question.

And my second question is regarding the 2B business. The take rate of the 2B business have been stable at 3.5% as Michael mentioned earlier in first half of this year. So this is much higher than the level of last year. So expect for our



Company Name: Uxin Ltd
Company Ticker: UXIN US
Date: 2018-08-22
Event Description: Q2 2018 Earnings Call

Market Cap: 967.82
Current PX: 3.31
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: -0.825
Current Year: -5.757
Bloomberg Estimates - Sales
Current Quarter: 1041.000
Current Year: 3201.667

leading position in this 2B business, or what else have we done to achieve this? And do you expect a further improvement of the take rate to improve in the second half of this year or 2019? Yeah. Thank you.

**<A - Henry Tsai>**: Thank you, Eddy. This is Henry. With respect to the first question on how we plan to drive our growth in second half of the year, I think number one, as you have all seen from our past quarters, the revenue growth is the result of, number one, increase in transaction volume [ph] generally (00:21:46) and, two, our ability to increase take rate. With us entering to second half of the year, we see a strong demand for our 2C services. So we are seeing actually accelerated growth from 2C perspective. I think that's on the volume side.

And, two, we have been able to [ph] study (00:22:04) the increase our transaction facilitation take rate and we see that continuing to go forward in the second half of the year. So, all in all, I think the drivers remain the same and we're seeing a robust growth in the second half.

I think second question is on 2B business with a take rate of 3.5%. 2B business is a mature one. We obviously monetize it as to provide more services to our users. So as we identify more needs, we'll create more services. Now, we want to take a step back and focus everyone on 2C business given that [indiscernible] (00:22:40) growth area. 2B business will remain to be stable with modest growth going forward. Thanks.

**<Q - Eddy Wang>**: Thank you.

## Operator

Thank you. Our next question comes from the line of Ronald Keung from Goldman Sachs. Please ask your question.

**<Q - Ronald Keung>**: Thank you, DK, Michael and Henry. Just congratulations on the strong results and two questions from my side. Firstly, would love to hear just any update on the competitive landscape given the fundraisings in our peers like [indiscernible] (00:23:19) just want to hear have we seen competitors [indiscernible] (00:23:23) on the sales and marketing initiatives? And what is our outlook for the industry and how do we see those consolidation happening? Just any big picture or any longer term [indiscernible] (00:23:35) particularly given the changes in the past few months on fundraising for different players?

And my second question would be the very healthy trend in your provisions in the second quarter. This was sort of on the back of, we think, very impressive given that the macro and a lot of different [ph] B2B (00:23:55) incidences in China over the second quarter. So how do we see this trend going forward, particularly in the second half. Thank you.

**<A - Dai Kun>**: Okay. Hello, Ronald. And I think for the competition, we won't comment on other companies as we don't have their numbers. All right. So we continue to be the market leader in China and also it's [indiscernible] (00:24:25) into the used car market from the various players. So we will continue to develop and solidify our position.

I think a healthy competition is good for long-term growth of the industry. And we have established a solid leading position in terms of transaction volume, growth and brand awareness. We believe all this together with our integrated online and offline approach and technology will continue to expand our leadership.

**<A - Henry Tsai>**: And, Ronald, with respect to your second question on our improved delinquency rate and how we are viewing the situations with the [ph] B2B (00:25:19) industry, I think I would just want to highlight that, number one, we have a very different business model versus the [ph] B2B (00:25:25) companies from funding sources perspective as well as users we're trying to service [indiscernible] (00:25:31) as a result, our performance has not been impacted by the same factors that have impacted the [ph] B2B (00:25:38) industry.

Now, we maintain our M3+ delinquency rate at a very stable rate, and this is – the improvement in the delinquency rate is due to our increased understanding of user credit and risk profile, improvement in our credit assessment capabilities and our ability to collect loans. For example, we recently started using video conference to verify the identity of users applying for loans, which is actually more reliable than just verification by call. So we'll continue to invest in strengthening our risk control system and strive to improve the credit performance for loans [indiscernible] (00:26:08).



Company Name: Uxin Ltd
Company Ticker: UXIN US
Date: 2018-08-22
Event Description: Q2 2018 Earnings Call

Market Cap: 967.82
Current PX: 3.31
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: -0.825
Current Year: -5.757
Bloomberg Estimates - Sales
Current Quarter: 1041.000
Current Year: 3201.667

**<Q - Ronald Keung>**: Thank you.

**<A - Dai Kun>**: Thanks.

## Operator

Thank you. Our next question comes from the line of Nick Lai from JPMorgan. Please ask the question.

**<Q - Nick Lai>**: Yeah. Thank you. It's Nick from JPMorgan. I mean, one very simple question. Can either [ph] Dai Kun or Mike (00:26:30) give us some guidance on second half, either the take rate and take rate for both 2B and 2C operation? And, also, the [ph] operating expense (00:26:40) seems to be pretty stable in the second quarter given the comment you just made. Should we expect [indiscernible] (00:26:47) sales and marketing expense to – excluding one-off item, will improve into the second half? Thank you.

**<A - Zhen Zeng>**: Hey, Nick. It's Michael here. Sorry. Actually, we don't want to give you guidance on [indiscernible] (00:27:05) take rate but, actually we'll continuously improve our take rate in the long run. And as you may see, we continue focusing on improve our [indiscernible] (00:27:18) service and improve our service quality and we improve our efficiency. That's all what will drive our take rate to – going higher.

And for your second question for the sales and marketing, and we'll keep our strategy, especially on [ph] we think (00:27:37) on the branding. We will keep the absolute dollar amount [indiscernible] (00:27:42) in the next quarters.

**<A - Henry Tsai>**: Nick, if I can please just add. This is Henry. In terms of take rate, while we don't give specific guidance, you have seen us being able to improve in the past quarters and we believe, that trend will continue.

**<Q - Nick Lai>**: Yes.

**<A - Henry Tsai>**: Sure.

**<Q - Nick Lai>**: Thank you.

## Operator

Thank you. [Operator Instructions] Our next question comes [indiscernible] (00:28:16). Please ask your question.

**<Q>**: Hey. Good morning or good evening, DK and Michael, Henry and Trista. Thank you for taking my question and congrats on a solid beginning [indiscernible] (00:28:29). So I have couple of question. First one is on the cost of revenue line. So this number is a little bit higher than expected. So if we look at the gross margin from the transaction business level, it doesn't seem to have too much leverage year-over-year. So, I just want to have some update on the head count numbers here, and then how we should look at the leverage over time going forward? And where are we adding these people and how we set their [ph] KPI (00:29:05)? This is the first question.

Second one is on our technology investment. So we noticed that we are increasingly invested in VR technology. So, can management elaborate a little bit more on do we have any like [ph] A, B (00:29:21) testing at this stage and how should we think about early effect of such initiatives going forward and its associated impact on our gross margin line?

And my third question is just want to very quickly get an update on your banking partner account, and any progress on onboarding more banking partners down the road. Thank you.

**<A - Zhen Zeng>**: [indiscernible] (00:29:49), it's Michael here. So address on your first question. So, given the late arrival of Chinese New Year in 2018, the Q2 top-line was impacted by the late return of the [indiscernible] (00:30:02) and the consumer to the used car market with slight lower top-line growth and a continuous [indiscernible] (00:30:09) anticipate of the higher volume of second half of the year, gross margin was lower than that of the Q1.



Company Name: Uxin Ltd
Company Ticker: UXIN US
Date: 2018-08-22
Event Description: Q2 2018 Earnings Call

Market Cap: 967.82
Current PX: 3.31
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: -0.825
Current Year: -5.757
Bloomberg Estimates - Sales
Current Quarter: 1041.000
Current Year: 3201.667

With the second half of the year, our traditional [indiscernible] (00:30:23) where used car transactions pick up and our ability to continue to increase the take rate. We expect to see the higher top-line aligned with improving operating efficiency driving the gross margin expansion. So, in next few quarters, especially for the Q3 and Q4 are the high season. And I think the [ph] labor (00:30:46) efficiency will improve and that gross margin will improve as well.

**<A - Dai Kun>**: Okay. I think about the VR, we expect to offer a 360-degree car viewing experience to our users in next few months. And the relevance to investments involves [indiscernible] (00:31:07) and the hardware in key markets that have meaningful used car volume as well as research and development relative to the hardware investment [indiscernible] (00:31:20) will be around, I think, RMB 700,000.

**<Q>**: Thank you.

**<A - Henry Tsai>**: Our first question with respect to our banking partners, I think number one is [indiscernible] (00:31:35) to discuss with various high quality [indiscernible] (00:31:39) as our financing partner. And everyone can see that we have become a strategic partner with [indiscernible] (00:31:46) during the IPO process and we'll continue to discuss with them how can we best cooperate together. Once we have a meaningful update on the cooperation details, we'll update everyone on the coming quarters. Thanks.

**<Q>**: Thank you very much.

# Operator

Thank you. [Operator Instructions] There are no more questions. I'll now hand the call back to the presenter, Ms. Trista. Please continue.

# Trista Ren

Yeah. Thanks to everyone for joining today's call and for your continued support for Uxin. We look forward to speaking to you again in the future.

# Dai Kun

Okay. Thank you. Bye.

# Zhen Zeng

Thank you.

# Operator

Thank you. Ladies and gentlemen, that does conclude our conference for today. Thank you for participating. You may all disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities*



**Company Name:** Uxin Ltd
**Company Ticker:** UXIN US
**Date:** 2018-08-22
**Event Description:** Q2 2018 Earnings Call
**Market Cap:** 967.82
**Current PX:** 3.31
**YTD Change($):** N.A.
**YTD Change(%):** N.A.
**Bloomberg Estimates - EPS**
**Current Quarter:** -0.825
**Current Year:** -5.757
**Bloomberg Estimates - Sales**
**Current Quarter:** 1041.000
**Current Year:** 3201.667

or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.

© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.