# Exhibit D



| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jun 13, 2019 | 1.9600 | 1.9650 | 1.9100 | 1.9400 | 1.9400 | 1,847,200 |
| Jun 12, 2019 | 2.0200 | 2.0200 | 1.9400 | 1.9700 | 1.9700 | 997,100 |
| Jun 11, 2019 | 1.9700 | 2.0200 | 1.9300 | 1.9900 | 1.9900 | 4,069,000 |
| Jun 10, 2019 | 2.2500 | 2.2500 | 1.8500 | 1.9800 | 1.9800 | 5,749,200 |
| Jun 07, 2019 | 2.0000 | 2.1900 | 1.9900 | 2.1100 | 2.1100 | 2,039,200 |
| Jun 06, 2019 | 2.1000 | 2.1100 | 1.9500 | 2.0200 | 2.0200 | 2,162,800 |
| Jun 05, 2019 | 2.2000 | 2.2500 | 2.0900 | 2.1400 | 2.1400 | 1,269,200 |
| Jun 04, 2019 | 2.1200 | 2.3100 | 2.1200 | 2.2100 | 2.2100 | 2,781,000 |
| Jun 03, 2019 | 2.2800 | 2.3390 | 2.1000 | 2.1500 | 2.1500 | 1,430,400 |
| May 31, 2019 | 2.2700 | 2.4400 | 2.2500 | 2.3000 | 2.3000 | 1,305,800 |
| May 30, 2019 | 2.4900 | 2.5000 | 2.2000 | 2.3200 | 2.3200 | 2,710,100 |
| May 29, 2019 | 2.6400 | 2.6500 | 2.3900 | 2.4900 | 2.4900 | 6,309,200 |
| May 28, 2019 | 2.4300 | 2.5200 | 2.3700 | 2.4600 | 2.4600 | 2,066,700 |
| May 24, 2019 | 2.2700 | 2.3300 | 2.2200 | 2.3300 | 2.3300 | 1,609,900 |
| May 23, 2019 | 2.4500 | 2.4600 | 2.1800 | 2.2000 | 2.2000 | 3,077,800 |
| May 22, 2019 | 2.5500 | 2.5900 | 2.4200 | 2.4400 | 2.4400 | 2,990,900 |
| May 21, 2019 | 2.5500 | 2.6350 | 2.4900 | 2.5000 | 2.5000 | 7,508,400 |
| May 20, 2019 | 2.2000 | 2.4300 | 2.1700 | 2.3900 | 2.3900 | 3,747,200 |
| May 17, 2019 | 2.3000 | 2.3100 | 2.0700 | 2.2100 | 2.2100 | 3,775,200 |
| May 16, 2019 | 2.3800 | 2.4010 | 2.3000 | 2.3100 | 2.3100 | 1,177,000 |
| May 15, 2019 | 2.4800 | 2.5000 | 2.3500 | 2.3800 | 2.3800 | 2,001,900 |
| May 14, 2019 | 2.5200 | 2.5700 | 2.4700 | 2.5100 | 2.5100 | 1,803,300 |
| May 13, 2019 | 2.2800 | 2.5800 | 2.2500 | 2.5000 | 2.5000 | 2,541,500 |
| May 10, 2019 | 2.4900 | 2.5200 | 2.4100 | 2.5000 | 2.5000 | 1,248,400 |
| May 09, 2019 | 2.4800 | 2.5300 | 2.4500 | 2.4700 | 2.4700 | 1,688,900 |
| May 08, 2019 | 2.5100 | 2.6230 | 2.4800 | 2.5500 | 2.5500 | 2,290,100 |
| May 07, 2019 | 2.5700 | 2.6080 | 2.4600 | 2.4800 | 2.4800 | 2,582,300 |
| May 06, 2019 | 2.5000 | 2.6200 | 2.4600 | 2.6200 | 2.6200 | 2,042,100 |
| May 03, 2019 | 2.7200 | 2.8000 | 2.6700 | 2.6900 | 2.6900 | 2,627,900 |
| May 02, 2019 | 2.7500 | 2.7500 | 2.5800 | 2.7100 | 2.7100 | 2,421,300 |
| May 01, 2019 | 2.7800 | 2.8000 | 2.7000 | 2.7200 | 2.7200 | 2,567,800 |
| Apr 30, 2019 | 2.8800 | 2.8800 | 2.7100 | 2.7900 | 2.7900 | 2,450,400 |
| Apr 29, 2019 | 2.8800 | 2.9800 | 2.7200 | 2.8000 | 2.8000 | 5,629,100 |
| Apr 26, 2019 | 3.0700 | 3.0700 | 2.7600 | 2.8200 | 2.8200 | 3,794,400 |
| Apr 25, 2019 | 3.2600 | 3.2700 | 2.9290 | 3.0400 | 3.0400 | 4,216,200 |
| Apr 24, 2019 | 3.4700 | 3.5000 | 3.2800 | 3.2800 | 3.2800 | 2,954,800 |

Data Disclaimer  Help  Suggestions
Privacy Dashboard
Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap

© 2020 Verizon Media. All rights reserved.

**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** ▮   **Markets**   **Industries**   **Personal Finance**   •••   Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Apr 22, 2019 | 3.4600 | 3.6500 | 3.1250 | 3.4900 | 3.4900 | 9,742,900 |
| Apr 18, 2019 | 2.9100 | 3.5400 | 2.8700 | 3.3700 | 3.3700 | 23,028,900 |
| Apr 17, 2019 | 2.2600 | 2.9800 | 2.2500 | 2.9500 | 2.9500 | 41,966,300 |
| Apr 16, 2019 | 3.0800 | 3.2700 | 1.4100 | 1.9500 | 1.9500 | 50,115,600 |
| Apr 15, 2019 | 3.2700 | 3.3000 | 2.9700 | 3.0500 | 3.0500 | 7,552,300 |
| Apr 12, 2019 | 3.4000 | 3.4200 | 3.2500 | 3.2600 | 3.2600 | 4,320,600 |
| Apr 11, 2019 | 3.4900 | 3.5000 | 3.3000 | 3.3100 | 3.3100 | 9,236,000 |
| Apr 10, 2019 | 3.6200 | 3.6200 | 3.4800 | 3.5000 | 3.5000 | 3,206,400 |
| Apr 09, 2019 | 3.8700 | 3.8700 | 3.5600 | 3.6500 | 3.6500 | 5,719,000 |
| Apr 08, 2019 | 4.0500 | 4.1000 | 3.8200 | 3.8800 | 3.8800 | 3,084,500 |
| Apr 05, 2019 | 4.2000 | 4.2500 | 4.0100 | 4.0500 | 4.0500 | 2,768,300 |
| Apr 04, 2019 | 4.0100 | 4.2100 | 3.9400 | 4.1500 | 4.1500 | 4,993,800 |
| Apr 03, 2019 | 3.9300 | 4.0050 | 3.8600 | 3.9400 | 3.9400 | 3,015,100 |
| Apr 02, 2019 | 3.9000 | 3.9300 | 3.7670 | 3.9100 | 3.9100 | 5,263,200 |
| Apr 01, 2019 | 3.8800 | 3.9700 | 3.7700 | 3.9500 | 3.9500 | 3,210,800 |
| Mar 29, 2019 | 3.7000 | 3.8470 | 3.6700 | 3.7900 | 3.7900 | 2,925,300 |
| Mar 28, 2019 | 3.9000 | 3.9700 | 3.6400 | 3.6800 | 3.6800 | 3,513,700 |
| Mar 27, 2019 | 3.7600 | 4.0300 | 3.7600 | 3.9400 | 3.9400 | 8,353,100 |
| Mar 26, 2019 | 3.5000 | 3.7900 | 3.4950 | 3.7200 | 3.7200 | 6,708,900 |
| Mar 25, 2019 | 3.3700 | 3.5300 | 3.3300 | 3.4900 | 3.4900 | 3,375,800 |
| Mar 22, 2019 | 3.6200 | 3.7000 | 3.3300 | 3.3700 | 3.3700 | 5,374,500 |
| Mar 21, 2019 | 3.5800 | 3.7050 | 3.5800 | 3.7000 | 3.7000 | 2,003,000 |
| Mar 20, 2019 | 3.6800 | 3.7160 | 3.5200 | 3.5900 | 3.5900 | 2,214,900 |
| Mar 19, 2019 | 3.5600 | 3.7900 | 3.5500 | 3.6700 | 3.6700 | 3,520,700 |
| Mar 18, 2019 | 3.7500 | 3.9000 | 3.5000 | 3.5500 | 3.5500 | 6,494,200 |
| Mar 15, 2019 | 3.9000 | 4.0100 | 3.6400 | 3.7000 | 3.7000 | 8,675,300 |
| Mar 14, 2019 | 5.3500 | 5.3800 | 3.6100 | 3.7900 | 3.7900 | 25,614,500 |
| Mar 13, 2019 | 4.5400 | 4.7100 | 4.4900 | 4.6000 | 4.6000 | 6,010,100 |
| Mar 12, 2019 | 4.9000 | 5.0000 | 4.2800 | 4.6200 | 4.6200 | 9,388,400 |
| Mar 11, 2019 | 4.9500 | 5.0200 | 4.8000 | 4.8600 | 4.8600 | 4,499,700 |
| Mar 08, 2019 | 4.9700 | 5.0700 | 4.6500 | 4.7900 | 4.7900 | 5,480,400 |
| Mar 07, 2019 | 5.4400 | 5.5100 | 5.1000 | 5.2200 | 5.2200 | 5,961,000 |
| Mar 06, 2019 | 5.1200 | 5.6300 | 5.0900 | 5.4000 | 5.4000 | 12,221,800 |
| Mar 05, 2019 | 4.8700 | 5.1850 | 4.8500 | 5.1500 | 5.1500 | 6,608,700 |
| Mar 04, 2019 | 4.7500 | 4.9200 | 4.7300 | 4.8300 | 4.8300 | 4,682,100 |
| Mar 01, 2019 | 4.7500 | 4.8400 | 4.6200 | 4.6500 | 4.6500 | 3,010,300 |

**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** ■   **Markets**   **Industries**   **Personal Finance**   •••   Premium - Try it free

https://finance.yahoo.com/quote/UXIN/history?period1=1529971200&period2=1563235200&interval=1d&filter=history&frequency=1d   3/8

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 27, 2019 | 4.9000 | 5.0000 | 4.4300 | 4.5300 | 4.5300 | 7,757,600 |
| Feb 26, 2019 | 4.7300 | 5.0500 | 4.7200 | 4.8500 | 4.8500 | 6,185,900 |
| Feb 25, 2019 | 5.1700 | 5.8600 | 4.6800 | 4.7000 | 4.7000 | 17,217,600 |
| Feb 22, 2019 | 4.3200 | 4.7000 | 4.3100 | 4.6000 | 4.6000 | 11,612,000 |
| Feb 21, 2019 | 4.0700 | 4.4650 | 4.0700 | 4.2000 | 4.2000 | 6,558,800 |
| Feb 20, 2019 | 4.0500 | 4.2400 | 4.0200 | 4.0700 | 4.0700 | 6,475,500 |
| Feb 19, 2019 | 4.1000 | 4.5900 | 3.8500 | 3.9800 | 3.9800 | 14,524,900 |
| Feb 15, 2019 | 3.6000 | 4.1500 | 3.6000 | 4.0500 | 4.0500 | 13,936,000 |
| Feb 14, 2019 | 3.7500 | 3.8000 | 3.5800 | 3.5900 | 3.5900 | 4,367,700 |
| Feb 13, 2019 | 3.3500 | 3.8750 | 3.3200 | 3.7900 | 3.7900 | 10,258,900 |
| Feb 12, 2019 | 3.3500 | 3.4000 | 3.2900 | 3.2900 | 3.2900 | 1,840,000 |
| Feb 11, 2019 | 3.2700 | 3.3800 | 3.2300 | 3.3500 | 3.3500 | 3,111,200 |
| Feb 08, 2019 | 3.2500 | 3.3200 | 3.2050 | 3.2200 | 3.2200 | 1,635,200 |
| Feb 07, 2019 | 3.2300 | 3.3400 | 3.2200 | 3.2600 | 3.2600 | 1,485,100 |
| Feb 06, 2019 | 3.3600 | 3.4000 | 3.2600 | 3.2600 | 3.2600 | 3,909,300 |
| Feb 05, 2019 | 3.4500 | 3.4800 | 3.3400 | 3.3600 | 3.3600 | 2,437,600 |
| Feb 04, 2019 | 3.4800 | 3.5200 | 3.4000 | 3.4300 | 3.4300 | 2,990,400 |
| Feb 01, 2019 | 3.4100 | 3.5400 | 3.4100 | 3.4400 | 3.4400 | 2,358,200 |
| Jan 31, 2019 | 3.4200 | 3.5100 | 3.3500 | 3.4100 | 3.4100 | 5,727,300 |
| Jan 30, 2019 | 3.7000 | 3.7030 | 3.4000 | 3.4200 | 3.4200 | 3,819,200 |
| Jan 29, 2019 | 3.7000 | 3.9500 | 3.4200 | 3.4800 | 3.4800 | 6,912,500 |
| Jan 28, 2019 | 3.3800 | 3.8500 | 3.3800 | 3.7000 | 3.7000 | 7,830,700 |
| Jan 25, 2019 | 3.5700 | 3.6000 | 3.4000 | 3.4200 | 3.4200 | 4,958,200 |
| Jan 24, 2019 | 3.4000 | 3.6300 | 3.3000 | 3.5700 | 3.5700 | 5,896,000 |
| Jan 23, 2019 | 3.1900 | 3.4700 | 3.1900 | 3.3800 | 3.3800 | 4,206,800 |
| Jan 22, 2019 | 3.3800 | 3.4000 | 3.1400 | 3.1400 | 3.1400 | 3,801,400 |
| Jan 18, 2019 | 3.5900 | 3.6280 | 3.3500 | 3.3500 | 3.3500 | 4,093,100 |
| Jan 17, 2019 | 3.5700 | 3.6000 | 3.3000 | 3.5500 | 3.5500 | 4,590,800 |
| Jan 16, 2019 | 3.6400 | 3.8000 | 3.5900 | 3.6000 | 3.6000 | 7,318,900 |
| Jan 15, 2019 | 3.4000 | 3.6600 | 3.3800 | 3.5800 | 3.5800 | 6,843,700 |
| Jan 14, 2019 | 3.7100 | 3.7400 | 3.2900 | 3.3000 | 3.3000 | 5,981,600 |
| Jan 11, 2019 | 3.8000 | 3.8400 | 3.6100 | 3.7100 | 3.7100 | 6,177,300 |
| Jan 10, 2019 | 3.7500 | 3.9600 | 3.5520 | 3.7500 | 3.7500 | 14,117,500 |
| Jan 09, 2019 | 3.2500 | 3.7400 | 3.1800 | 3.5500 | 3.5500 | 10,345,800 |
| Jan 08, 2019 | 3.3400 | 3.4500 | 3.1300 | 3.2100 | 3.2100 | 4,627,900 |
| Jan 07, 2019 | 3.6600 | 3.7500 | 3.2300 | 3.3400 | 3.3400 | 4,377,800 |

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium** ▮    **Markets**    **Industries**    **Personal Finance**    •••    Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 03, 2019 | 3.9600 | 4.0900 | 3.5200 | 3.6000 | 3.6000 | 3,849,700 |
| Jan 02, 2019 | 4.7900 | 4.7900 | 3.8500 | 3.8800 | 3.8800 | 4,602,900 |
| Dec 31, 2018 | 5.3300 | 5.8300 | 4.7700 | 4.8600 | 4.8600 | 4,243,500 |
| Dec 28, 2018 | 6.0700 | 6.4680 | 4.6840 | 5.0800 | 5.0800 | 7,532,600 |
| Dec 27, 2018 | 7.9600 | 8.1100 | 6.5800 | 6.5900 | 6.5900 | 5,071,900 |
| Dec 26, 2018 | 8.7500 | 9.2900 | 8.2600 | 8.3100 | 8.3100 | 6,537,000 |
| Dec 24, 2018 | 7.9700 | 9.6700 | 7.8050 | 9.3500 | 9.3500 | 5,370,600 |
| Dec 21, 2018 | 7.2300 | 8.5000 | 7.1100 | 8.4400 | 8.4400 | 9,206,900 |
| Dec 20, 2018 | 9.1400 | 9.3100 | 7.5000 | 7.8100 | 7.8100 | 6,067,800 |
| Dec 19, 2018 | 8.1100 | 9.8700 | 7.9300 | 9.5500 | 9.5500 | 10,974,900 |
| Dec 18, 2018 | 8.5300 | 8.6500 | 7.4500 | 8.2900 | 8.2900 | 8,151,300 |
| Dec 17, 2018 | 7.1500 | 8.4800 | 7.0900 | 8.4000 | 8.4000 | 8,737,800 |
| Dec 14, 2018 | 7.0000 | 7.9800 | 6.9000 | 7.5000 | 7.5000 | 7,156,300 |
| Dec 13, 2018 | 7.7000 | 7.8400 | 5.7400 | 7.1600 | 7.1600 | 15,084,000 |
| Dec 12, 2018 | 6.2400 | 8.9900 | 6.1600 | 7.2600 | 7.2600 | 27,349,200 |
| Dec 11, 2018 | 5.5000 | 6.1700 | 5.3000 | 5.8800 | 5.8800 | 13,491,300 |
| Dec 10, 2018 | 4.5100 | 5.9000 | 4.3800 | 5.3600 | 5.3600 | 17,635,200 |
| Dec 07, 2018 | 4.0900 | 4.8400 | 3.8700 | 4.6800 | 4.6800 | 9,582,900 |
| Dec 06, 2018 | 3.2000 | 4.9000 | 3.2000 | 3.7600 | 3.7600 | 16,351,700 |
| Dec 04, 2018 | 3.3000 | 3.3400 | 2.8100 | 2.8600 | 2.8600 | 2,355,400 |
| Dec 03, 2018 | 3.5400 | 3.7000 | 3.2500 | 3.3100 | 3.3100 | 1,346,800 |
| Nov 30, 2018 | 3.7800 | 3.8400 | 3.2700 | 3.2900 | 3.2900 | 3,964,700 |
| Nov 29, 2018 | 4.0000 | 4.0200 | 3.5300 | 3.6800 | 3.6800 | 1,434,200 |
| Nov 28, 2018 | 4.2000 | 4.2100 | 3.8600 | 3.9600 | 3.9600 | 1,518,900 |
| Nov 27, 2018 | 4.1000 | 4.2600 | 3.8600 | 4.1300 | 4.1300 | 2,341,300 |
| Nov 26, 2018 | 4.6900 | 4.6900 | 4.1300 | 4.1900 | 4.1900 | 2,000,500 |
| Nov 23, 2018 | 4.5000 | 4.9000 | 4.4100 | 4.5100 | 4.5100 | 723,600 |
| Nov 21, 2018 | 4.6400 | 4.8400 | 4.3900 | 4.3950 | 4.3950 | 900,200 |
| Nov 20, 2018 | 4.7600 | 5.0500 | 4.4000 | 4.5000 | 4.5000 | 1,239,600 |
| Nov 19, 2018 | 5.3300 | 5.3500 | 5.0600 | 5.1000 | 5.1000 | 219,700 |
| Nov 16, 2018 | 5.3600 | 5.3900 | 5.2500 | 5.2900 | 5.2900 | 196,700 |
| Nov 15, 2018 | 5.3200 | 5.4090 | 5.2600 | 5.3300 | 5.3300 | 177,300 |
| Nov 14, 2018 | 5.4400 | 5.5400 | 5.2700 | 5.3100 | 5.3100 | 324,200 |
| Nov 13, 2018 | 5.3500 | 5.5040 | 5.3000 | 5.3300 | 5.3300 | 269,200 |
| Nov 12, 2018 | 5.4700 | 5.4700 | 5.1200 | 5.2800 | 5.2800 | 172,300 |
| Nov 09, 2018 | 5.6000 | 5.6300 | 5.3100 | 5.4800 | 5.4800 | 161,200 |

**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** ■   **Markets**   **Industries**   **Personal Finance**   •••   Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 07, 2018 | 5.9300 | 6.1570 | 5.7500 | 5.9100 | 5.9100 | 93,800 |
| Nov 06, 2018 | 5.8900 | 6.0500 | 5.8100 | 5.8600 | 5.8600 | 84,900 |
| Nov 05, 2018 | 5.9900 | 6.0200 | 5.8590 | 5.9000 | 5.9000 | 105,600 |
| Nov 02, 2018 | 6.2400 | 6.3400 | 5.9100 | 5.9800 | 5.9800 | 170,200 |
| Nov 01, 2018 | 5.5100 | 6.1800 | 5.5100 | 6.0300 | 6.0300 | 432,000 |
| Oct 31, 2018 | 5.2500 | 5.5600 | 5.2200 | 5.4400 | 5.4400 | 248,000 |
| Oct 30, 2018 | 5.1000 | 5.2000 | 5.0000 | 5.1400 | 5.1400 | 100,500 |
| Oct 29, 2018 | 5.2900 | 5.2900 | 5.0300 | 5.1300 | 5.1300 | 284,200 |
| Oct 26, 2018 | 5.0400 | 5.2900 | 4.9600 | 5.1300 | 5.1300 | 269,000 |
| Oct 25, 2018 | 5.0900 | 5.2100 | 5.0200 | 5.1500 | 5.1500 | 432,700 |
| Oct 24, 2018 | 5.3500 | 5.4940 | 5.0500 | 5.0600 | 5.0600 | 276,600 |
| Oct 23, 2018 | 5.4400 | 5.5000 | 5.3300 | 5.4000 | 5.4000 | 508,400 |
| Oct 22, 2018 | 5.8000 | 6.0000 | 5.6000 | 5.6100 | 5.6100 | 256,800 |
| Oct 19, 2018 | 6.1500 | 6.1500 | 5.5500 | 5.6000 | 5.6000 | 358,700 |
| Oct 18, 2018 | 6.1600 | 6.2430 | 5.8200 | 5.9400 | 5.9400 | 429,600 |
| Oct 17, 2018 | 6.5400 | 6.5400 | 6.2100 | 6.3200 | 6.3200 | 253,400 |
| Oct 16, 2018 | 6.4000 | 6.5800 | 6.2500 | 6.5000 | 6.5000 | 647,600 |
| Oct 15, 2018 | 6.1600 | 6.3700 | 5.9400 | 6.3100 | 6.3100 | 489,800 |
| Oct 12, 2018 | 6.2500 | 6.4800 | 6.0500 | 6.1600 | 6.1600 | 260,900 |
| Oct 11, 2018 | 5.7100 | 6.2500 | 5.6900 | 6.2000 | 6.2000 | 753,800 |
| Oct 10, 2018 | 5.8300 | 6.0800 | 5.7400 | 5.8700 | 5.8700 | 602,000 |
| Oct 09, 2018 | 6.1800 | 6.3200 | 5.7300 | 5.8200 | 5.8200 | 354,300 |
| Oct 08, 2018 | 6.3600 | 6.4000 | 6.1830 | 6.3000 | 6.3000 | 434,700 |
| Oct 05, 2018 | 6.5900 | 6.6840 | 6.3780 | 6.5000 | 6.5000 | 521,500 |
| Oct 04, 2018 | 6.2200 | 6.5700 | 6.2000 | 6.5300 | 6.5300 | 628,900 |
| Oct 03, 2018 | 6.1500 | 6.4800 | 6.1500 | 6.3500 | 6.3500 | 533,600 |
| Oct 02, 2018 | 6.4000 | 6.5000 | 6.1100 | 6.1400 | 6.1400 | 734,600 |
| Oct 01, 2018 | 6.7400 | 6.9050 | 6.4700 | 6.5100 | 6.5100 | 564,300 |
| Sep 28, 2018 | 6.4500 | 7.2550 | 6.2100 | 6.7900 | 6.7900 | 954,800 |
| Sep 27, 2018 | 6.5700 | 6.8800 | 6.4300 | 6.5000 | 6.5000 | 972,900 |
| Sep 26, 2018 | 6.4400 | 6.9100 | 6.2500 | 6.7100 | 6.7100 | 1,644,200 |
| Sep 25, 2018 | 5.8600 | 6.4100 | 5.8250 | 6.4000 | 6.4000 | 1,547,200 |
| Sep 24, 2018 | 5.3000 | 5.9000 | 5.3000 | 5.8600 | 5.8600 | 948,000 |
| Sep 21, 2018 | 5.3000 | 5.6000 | 5.2800 | 5.4500 | 5.4500 | 999,900 |
| Sep 20, 2018 | 5.2400 | 5.5900 | 5.2100 | 5.3000 | 5.3000 | 718,300 |
| Sep 19, 2018 | 5.1400 | 5.2600 | 5.0300 | 5.1500 | 5.1500 | 610,500 |

**Finance Home**     **Watchlists**     **My Portfolio**     **Screeners**     **Premium** ▪     **Markets**     **Industries**     **Personal Finance**     •••     Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Sep 17, 2018 | 5.2000 | 5.3000 | 5.0300 | 5.0600 | 5.0600 | 366,700 |
| Sep 14, 2018 | 5.1600 | 5.6700 | 5.1600 | 5.2200 | 5.2200 | 1,305,200 |
| Sep 13, 2018 | 5.3000 | 5.4000 | 5.0700 | 5.1400 | 5.1400 | 779,800 |
| Sep 12, 2018 | 5.2000 | 5.2700 | 4.8800 | 5.0400 | 5.0400 | 1,107,300 |
| Sep 11, 2018 | 5.3400 | 5.4100 | 5.1800 | 5.2000 | 5.2000 | 709,500 |
| Sep 10, 2018 | 5.3900 | 5.4400 | 5.2800 | 5.3300 | 5.3300 | 469,400 |
| Sep 07, 2018 | 5.3300 | 5.6600 | 5.2600 | 5.3800 | 5.3800 | 465,700 |
| Sep 06, 2018 | 5.4900 | 5.5770 | 5.3010 | 5.3400 | 5.3400 | 615,200 |
| Sep 05, 2018 | 5.8300 | 5.8600 | 5.3400 | 5.4400 | 5.4400 | 1,154,500 |
| Sep 04, 2018 | 5.9300 | 5.9500 | 5.8000 | 5.9200 | 5.9200 | 268,000 |
| Aug 31, 2018 | 5.8800 | 6.0520 | 5.7900 | 5.9300 | 5.9300 | 312,000 |
| Aug 30, 2018 | 6.1800 | 6.2250 | 5.8070 | 5.9300 | 5.9300 | 740,300 |
| Aug 29, 2018 | 6.2700 | 6.3300 | 6.1000 | 6.1700 | 6.1700 | 401,900 |
| Aug 28, 2018 | 6.2100 | 6.3900 | 6.1300 | 6.2700 | 6.2700 | 433,800 |
| Aug 27, 2018 | 6.2000 | 6.4000 | 5.9400 | 6.2100 | 6.2100 | 1,001,100 |
| Aug 24, 2018 | 6.6300 | 6.6300 | 6.1100 | 6.1900 | 6.1900 | 650,800 |
| Aug 23, 2018 | 6.6200 | 7.0670 | 6.3500 | 6.6400 | 6.6400 | 1,787,100 |
| Aug 22, 2018 | 6.3000 | 6.7000 | 5.6400 | 6.6300 | 6.6300 | 3,571,800 |
| Aug 21, 2018 | 5.3000 | 6.5800 | 5.2600 | 6.2400 | 6.2400 | 3,754,700 |
| Aug 20, 2018 | 5.3300 | 5.5500 | 5.1300 | 5.2000 | 5.2000 | 821,400 |
| Aug 17, 2018 | 5.5200 | 5.6400 | 5.2400 | 5.2600 | 5.2600 | 799,600 |
| Aug 16, 2018 | 5.5800 | 5.6900 | 5.3500 | 5.5700 | 5.5700 | 943,600 |
| Aug 15, 2018 | 5.3500 | 5.6000 | 5.2200 | 5.2600 | 5.2600 | 454,600 |
| Aug 14, 2018 | 6.0400 | 6.0600 | 5.4550 | 5.6700 | 5.6700 | 1,457,700 |
| Aug 13, 2018 | 6.4500 | 6.5700 | 5.9100 | 6.1400 | 6.1400 | 436,600 |
| Aug 10, 2018 | 6.6800 | 6.9800 | 6.5200 | 6.5700 | 6.5700 | 286,300 |
| Aug 09, 2018 | 6.6200 | 7.0800 | 6.5300 | 6.7100 | 6.7100 | 398,400 |
| Aug 08, 2018 | 6.7100 | 6.7300 | 6.4600 | 6.6200 | 6.6200 | 477,000 |
| Aug 07, 2018 | 6.4800 | 6.8100 | 6.3010 | 6.7300 | 6.7300 | 484,500 |
| Aug 06, 2018 | 6.8000 | 6.8000 | 6.2200 | 6.5100 | 6.5100 | 397,100 |
| Aug 03, 2018 | 6.0900 | 6.9900 | 6.0900 | 6.8800 | 6.8800 | 832,400 |
| Aug 02, 2018 | 6.0900 | 6.7800 | 5.6200 | 6.7500 | 6.7500 | 1,540,000 |
| Aug 01, 2018 | 6.0000 | 6.3000 | 5.8500 | 6.1600 | 6.1600 | 949,700 |
| Jul 31, 2018 | 5.8300 | 6.1600 | 5.0800 | 6.1600 | 6.1600 | 2,109,800 |
| Jul 30, 2018 | 6.5100 | 6.5900 | 5.4700 | 5.7500 | 5.7500 | 2,430,900 |
| Jul 27, 2018 | 6.9700 | 6.9750 | 6.5000 | 6.5100 | 6.5100 | 1,387,300 |

**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** ▮   **Markets**   **Industries**   **Personal Finance**   ⋯   Premium - Try it free

Case 1:19-cv-00822-MKB-VMS Document 26-4 Filed 04/24/20 Page 9 of 9 PageID #: 816

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 25, 2018 | 7.6500 | 7.7700 | 7.4900 | 7.6100 | 7.6100 | 677,900 |
| Jul 24, 2018 | 7.6800 | 7.8000 | 7.4400 | 7.6600 | 7.6600 | 1,057,100 |
| Jul 23, 2018 | 7.6800 | 7.9000 | 7.6000 | 7.6500 | 7.6500 | 607,400 |
| Jul 20, 2018 | 7.5400 | 7.6900 | 7.4000 | 7.5600 | 7.5600 | 709,800 |
| Jul 19, 2018 | 7.9100 | 7.9490 | 7.5400 | 7.5400 | 7.5400 | 1,267,400 |
| Jul 18, 2018 | 8.3200 | 8.4000 | 7.9300 | 8.0000 | 8.0000 | 1,133,300 |
| Jul 17, 2018 | 8.3300 | 8.4590 | 8.2100 | 8.3500 | 8.3500 | 801,400 |
| Jul 16, 2018 | 8.5800 | 8.6000 | 8.2800 | 8.3900 | 8.3900 | 1,192,100 |
| Jul 13, 2018 | 8.7000 | 8.7500 | 8.0100 | 8.6400 | 8.6400 | 1,694,900 |
| Jul 12, 2018 | 7.8300 | 8.6000 | 7.7000 | 8.4500 | 8.4500 | 2,050,300 |
| Jul 11, 2018 | 7.3500 | 7.8000 | 7.1800 | 7.7300 | 7.7300 | 1,587,600 |
| Jul 10, 2018 | 7.7000 | 7.7000 | 7.3400 | 7.4700 | 7.4700 | 1,253,100 |
| Jul 09, 2018 | 7.5500 | 7.8000 | 7.1100 | 7.6600 | 7.6600 | 1,840,400 |
| Jul 06, 2018 | 7.4400 | 7.8720 | 7.0500 | 7.3400 | 7.3400 | 2,796,700 |
| Jul 05, 2018 | 8.3800 | 8.4700 | 7.6500 | 7.8000 | 7.8000 | 2,650,200 |
| Jul 03, 2018 | 8.4200 | 8.6900 | 8.2000 | 8.5000 | 8.5000 | 1,287,000 |
| Jul 02, 2018 | 8.6000 | 8.7690 | 8.0100 | 8.1500 | 8.1500 | 2,363,500 |
| Jun 29, 2018 | 10.0100 | 10.0600 | 8.8100 | 9.0400 | 9.0400 | 2,355,800 |
| Jun 28, 2018 | 10.2000 | 10.3700 | 9.0930 | 9.7700 | 9.7700 | 3,605,500 |
| Jun 27, 2018 | 10.4000 | 10.4900 | 8.1600 | 9.6700 | 9.6700 | 19,942,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.