# Exhibit E

Case 1:19-cv-00822-MKB-VMS Document 26-5 Filed 04/24/20 Page 2 of 16 PageID #: 818

6-K 1 a18-40500_16k.htm 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

### WASHINGTON, D.C. 20549

# FORM 6-K

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
### THE SECURITIES EXCHANGE ACT OF 1934

**For the month of November 2018**

---

**Commission File Number: 001-38527**

---

# Uxin Limited

**2-5/F, Tower E, LSHM Center,**
**No. 8 Guangshun South Avenue,**
**Chaoyang District,**
**Beijing 100102**
**People's Republic of China**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Case 1:19-cv-00822-MKB-VMS Document 26-5 Filed 04/24/20 Page 3 of 16 PageID #: 819

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

UXIN LIMITED

By     :   /s/ Zhen Zeng
Name  :   Zhen Zeng
Title   :   Director and Chief Financial Officer

Date: November 23, 2018

2

Case 1:19-cv-00822-MKB-VMS    Document 26-5    Filed 04/24/20    Page 4 of 16 PageID #: 820

Exhibit Index

Exhibit 99.1—Press Release

3

Case 1:19-cv-00822-MKB-VMS Document 26-5 Filed 04/24/20 Page 5 of 16 PageID #: 821

EX-99.1 2 a18-40500_1ex99d1.htm EX-99.1

**Exhibit 99.1**

**Uxin Reports Unaudited Third Quarter of 2018 Financial Results**

Beijing, China, November 20, 2018 — Uxin Limited ("Uxin" or the "Company") (Nasdaq: UXIN), the largest used car e-commerce platform in China, today announced its unaudited financial results for the third quarter ended September 30, 2018.

**Third Quarter 2018 Operational Highlights:**

- **Transaction volume of used cars** increased to 221,309 units in the third quarter of 2018, representing year-on-year growth of 19.7%.

  - **Transaction volume for the 2C business** increased to 129,465 units in the third quarter of 2018, representing year-on-year growth of 53.2%.

  - **Transaction volume for the 2B business** decreased to 91,844 units in the third quarter of 2018, representing year-on-year decline of 8.5%.

- **GMV of used cars** reached RMB14,451 million in the third quarter of 2018, up 14.8% from RMB12,584 million in the same period last year.

  - **GMV for the 2C business** increased to RMB10,172 million in the third quarter of 2018, representing year-on-year growth of 34.5%.

  - **GMV for the 2B business** decreased to RMB4,279 million in the third quarter of 2018, representing year-on-year decline of 14.8%.

- **Loan facilitation** continues to be an important component of Uxin's transaction services. In the third quarter of 2018, Uxin facilitated financing for 60,131 used car transactions on its platform.

- **M3+ delinquency rate by balance**[1] was 1.43% as of September 30, 2018, improved from 1.53% as of June 30, 2018.

**Third Quarter 2018 Financial Highlights:**

- **Total revenues** were RMB863.7 million (US$125.5 million), representing year-on-year growth of 59.6%.

  - **2C transaction facilitation revenue** was RMB138.6 million (US$20.1 million), representing year-on-year growth of 165.3%.

  - **2C loan facilitation revenue** was RMB473.6 million (US$68.8 million), representing year-on-year growth of 96.4%.

  - **2B transaction facilitation revenue** was RMB191.2 million (US$27.8 million), representing year-on-year growth of 20.8%.

- **Gross profit** was RMB559.1 million (US$81.3 million) in the third quarter of 2018. Gross margin increased to 64.7% in the third quarter of 2018, compared to 63.8% in the same period last year.

- **Net loss** was RMB594.0 million (US$86.3 million), compared to a net loss of RMB765.9 million in the prior year period.

- **Non-GAAP adjusted net loss** was RMB517.0 million (US$75.2 million), compared to RMB390.4 million in the same period last year. Non-GAAP adjusted net loss as a percentage of total revenues was 59.9% in the third quarter of 2018, decreased from 72.1% in the same period last year. Non-GAAP adjusted net loss primarily excludes the impact of fair value change of derivative liabilities and share-based compensation.

---

1 **M3+ delinquency rate** is defined as the outstanding principal balance of used car loans that were 90 or more calendar days past due as a percentage of the sum of total outstanding principal balance of the used car loans facilitated through the Company's 2C business (including the principal of loans it paid financing partners under its guarantee to financing partners) as of a specific date.

Mr. Kun Dai, Founder, Chairman and Chief Executive Officer of Uxin, said, "We are pleased to report another strong performance for the third quarter of 2018. Our relentless focus on providing a broad selection of cars, digital transparency and a one-stop solution continued to translate into outstanding user experience and growing demand for our services from both consumers and dealers."

Mr. Dai added, "Our marketplace approach and nationwide service network enabled us to make more than 290,000 cars available to consumers on the Uxin platform as of September 30, 2018. Our unique ability to facilitate cross-regional transactions is creating an unprecedented selection of used cars for consumers. In addition, the Uxin platform optimizes prices for consumers by driving transaction efficiency and mitigating information asymmetry. With our determination to enhance value propositions for our users, we believe we can expand our market leadership in China's underserved used car market."

Mr. Zhen Zeng, Chief Financial Officer of Uxin, said, "We achieved robust revenue growth in the third quarter of 2018, driven by 108.7% year-on-year growth of our 2C business. In addition, we continued to improve operating efficiency, particularly in our sales and marketing efforts. With Uxin's growing brand awareness and higher conversion rate, our sales and marketing expenses as a percentage of total revenues decreased to 87.5%, compared to 100.0% in the same period last year and 91.6% in the second quarter of 2018. Looking forward, we are confident that our focus on growing our 2C platform and improving operating efficiency will enable us to build a sustainable business over the long term."

### Third Quarter 2018 Financial Results

**Total revenues** for the third quarter of 2018 increased by 59.6% to RMB863.7 million (US$125.5 million) from RMB541.1 million in the same period last year, primarily due to the increases in transaction volume, amount of loans facilitated and take rate[2].

*2C Business:* Revenue of the 2C business increased to RMB612.2 million in the three months ended September 30, 2018, representing growth of 108.7% from RMB293.3 million in the same period last year.

- 2C transaction facilitation revenue was RMB138.6 million (US$20.1 million) for the third quarter of 2018, an increase of 165.3% from RMB52.2 million for the third quarter of 2017, primarily due to the increases in the transaction volume and GMV of used cars sold through the 2C business. The transaction volume for the 2C business increased to 129,465 units in the third quarter of 2018, representing year-on-year growth of 53.2%. The GMV for the 2C business increased to RMB10,172 million in the third quarter of 2018, representing year-on-year growth of 34.5%. As a result of the Company's focus on continually improving service and user experience, increasing business scale and generating greater pricing power, the take rate for 2C transaction facilitation reached 1.4% during the quarter, compared to 0.7% in the same period last year.

- 2C loan facilitation revenue increased to RMB473.6 million (US$68.8 million) in the third quarter of 2018, up 96.4% from RMB241.1 million for the same period a year ago, primarily due to the increases in the volume and amount of loans facilitated. The attach rate[3] of the loan facilitation services was approximately 46.4%, which has remained relatively stable compared to recent quarters. The average service fee rate for used car loan facilitation, as measured by the used car loan facilitation revenue divided by the total amount of used car loans facilitated, was 6.9% in the third quarter of 2018, compared to 6.1% in the same period last year.

---

**2** **Take rate** is measured by the revenue of the 2C/2B used car business divided by the GMV of the 2C/2B business.

**3** **The attach rate** of used car loan facilitation services in the 2C business was measured by the number of used car loans facilitated divided by the total number of 2C used car transactions.

2

*2B Business:*

- 2B transaction facilitation revenue was RMB191.2 million (US$27.8 million) in the third quarter of 2018, representing an increase of 20.8% from the third quarter of 2017, due to the increase in take rate. The transaction volume for the 2B business decreased to 91,844 units in the third quarter of 2018, due to the Company's recent change of approach in serving consumers with car-selling needs as disclosed in the prior quarter. Despite the impact of the change in business approach in the third quarter 2018, B2B business experienced 18.6% year-on-year growth in terms of number of transactions. The GMV for the 2B business decreased to RMB4,279 million in the third quarter of 2018, representing year-on-year decrease of 14.8%. Excluding the impact of the change in business approach, B2B business experienced 13.3% year-on-year growth in terms of GMV. The take rate for 2B transaction facilitation was 4.5% in the third quarter, compared to 3.2% in the same period last year, as a result of Uxin's increasing scale and pricing power.

**Cost of revenues** increased by 55.7% year-on-year to RMB304.6 million (US$44.3 million) for the third quarter of 2018, primarily due to the increases in the number of personnel engaged in car inspection, quality control, customer service and after-sale service, and cost of title transfer, registration and fulfillment expenses, which were correspondingly driven by the increase in the transaction volume.

**Gross margin** was 64.7% in the third quarter of 2018, compared to 63.8% in the same period last year.

**Total operating expenses** were RMB1,101.7 million (US$160.2 million). Total operating expenses excluding share-based compensation expenses were RMB1,024.8 million.

- *Sales and marketing expenses* increased by 39.6% year-on-year to RMB755.4 million (US$109.8 million) for the third quarter of 2018. The increase was primarily due to the increase in the number of employees, partially offset by the decrease in branding expenses which were RMB 211.3 million in the third quarter of 2018. Sales and marketing expenses excluding share-based compensation expenses as a percentage of total revenues was 87.5% during the quarter, compared to 100.0% in the third quarter of 2017.

- *General and administrative expenses* increased by 2.6% year-on-year to RMB266.3 million (US$38.7 million) for the third quarter of 2018. The change was mainly due to the increase in the number of employees, partially offset by the decrease in share-based compensation expenses. The general and administrative expenses excluding the impact of share-based compensation expenses of RMB76.4 million, were RMB189.9 million, which represented 22.0% of total revenues, compared to 22.5% in the third quarter of 2017.

- *Research and development expenses* increased by 67.9% year-on-year to RMB82.4 million (US$12.0 million) for the third quarter of 2018. The increase was primarily due to the increases in the salaries and benefits expenses of employees engaged in research and development and development expenses of IT systems. The research and development expenses excluding the impact of share-based compensation expenses of RMB0.7 million, were RMB81.7 million, which represented 9.5% of total revenues, compared to 9.1% in the third quarter of 2017.

3

*Gains/Loss from guarantee liability* resulted in a nominal gain of RMB2.4 million (US$0.4 million) for the third quarter of 2018. The gain was the result of relatively stable delinquency rate as compared to that of the second quarter of 2018.

**Loss from operations** for the third quarter of 2018 was RMB542.7 million (US$78.9 million), compared to RMB523.0 million in the same period last year. Loss from operations excluding the impact of share-based compensation expenses of RMB77.0 million was RMB465.7 million.

**Fair value change of derivative liabilities** was nil for the third quarter of 2018, compared to a loss of RMB237.9 million for the third quarter of 2017. The impact of derivative liabilities would no longer exist going forward as the preferred shares were converted into ordinary shares at the time of IPO.

**Net loss** for the third quarter of 2018 was RMB594.0 million (US$86.3 million), compared to net loss of RMB765.9 million in the third quarter of 2017, primarily due to the decrease of loss from fair value change of derivative liabilities.

**Non-GAAP adjusted net loss,** which excludes the impact of share-based compensation expenses of RMB77.0 million, was RMB517.0 million (US$75.2 million), compared to RMB390.4 million in the same period last year.

As of September 30, 2018, the Company had cash and cash equivalents of RMB677.1 million (US$98.4 million), and restricted cash of RMB1,838.4 million (US$267.2 million).

In addition, the board of directors of the Company recently has approved the increase of the maximum number of shares available for issuance pursuant to all awards under its 2018 Amended and Restated Share Incentive Plan (the "2018 Plan") by 14,297,163 Class A ordinary shares, representing 1.5% of the total number of outstanding ordinary shares on a fully-diluted basis. The 2018 Plan will be amended and restated accordingly.

## Business Outlook

For the fourth quarter of 2018, Uxin expects total revenues to be in the range of RMB1.02 billion to RMB1.06 billion. This forecast reflects the Company's current and preliminary views on the market and operational conditions, which are subject to change.

## Conference Call

The Company's management will host an earnings conference call at 8:00 AM on November 20, 2018 U.S. Eastern Time (9:00 PM on November 20, 2018 Beijing/Hong Kong time).

4

Dial-in details for the earnings conference call are as follows:

| | |
|---|---|
| U.S.: | +1 8665194004 or +1 8456750437 |
| International: | +65 67135090 |
| Mainland China: | 400-6208038 or 800-8190121 |
| Hong Kong: | 800-906601 or +852 30186771 |
| Conference ID: | 5289076 |

Additionally, a live and archived webcast of the conference call will be available on the Company's investor relations website at http://ir.xin.com/.

A replay of the conference call will be accessible approximately one hour after the conclusion of the live call until December 5, 2018, by dialing the following telephone numbers:

| | |
|---|---|
| U.S.: | +1 6462543697 |
| International: | +61 281990299 |
| Conference ID: | 5289076 |

**About Uxin**

Uxin Limited (Nasdaq: UXIN) is the largest used car e-commerce platform in China. Uxin's mission is to enable people to buy the car of their choice, no matter where they are located or what their budget is. Uxin enables consumers and dealers to buy and sell cars through an innovative integrated online and offline platform that addresses each step of the transaction and covers the entire value chain. Its online presence is bolstered by an offline network of more than 670 service centers in over 270 cities throughout China.

**Use of Non-GAAP Financial Measures**

In evaluating the business, the Company considers and uses a non-GAAP measure, adjusted net loss, as a supplemental measure to review and assess its operating performance. The presentation of the non-GAAP financial measure is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with U.S. GAAP. The Company defines adjusted net loss as net (loss)/income excluding share-based compensation and fair value change of derivative liabilities. The Company presents the non-GAAP financial measure because it is used by the management to evaluate the operating performance and formulate business plans. Adjusted net loss enables the management to assess the Company's operating results without considering the impact of share-based compensation and fair value change of derivative liabilities, which are non-cash charges. The Company also believes that the use of the non-GAAP measure facilitates investors' assessment of its operating performance.

The non-GAAP financial measure is not defined under U.S. GAAP and is not presented in accordance with U.S. GAAP. The non-GAAP financial measure has limitations as analytical tools. One of the key limitations of using adjusted net loss is that it does not reflect all items of income and expense that affect the Company's operations. Share-based compensation and fair value change of derivative liabilities have been and may continue to be incurred in the business and is not reflected in the presentation of adjusted net loss. Further, the non-GAAP measure may differ from the non-GAAP information used by other companies, including peer companies, and therefore their comparability may be limited.

5

The Company compensates for these limitations by reconciling the non-GAAP financial measure to the nearest U.S. GAAP performance measure, all of which should be considered when evaluating the Company's performance. The Company encourages you to review its financial information in its entirety and not rely on a single financial measure.

Reconciliations of Uxin's non-GAAP financial measures to the most comparable U.S. GAAP measure are included at the end of this press release.

**Exchange Rate Information**

This announcement contains translations of certain RMB amounts into U.S. dollars ("US$") at specified rates solely for the convenience of the reader, except for those transaction amounts that were actually settled in U.S. dollars. Unless otherwise stated, all translations from RMB to US$ were made at the rate of RMB6.8792 to US$1.00, representing the index rate as of the end of September 2018 stipulated by the People's Bank of China. The Company makes no representation that the RMB or US$ amounts referred could be converted into US$ or RMB, as the case may be, at any particular rate or at all.

**Safe Harbor Statement**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the business outlook and quotations from management in this announcement, as well as Uxin's strategic and operational plans, contain forward-looking statements. Uxin may also make written or oral forward-looking statements in its periodic reports to the SEC, in its annual report to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about Uxin's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: Uxin's goal and strategies; its expansion plans; its future business development, financial condition and results of operations; Uxin's expectations regarding demand for, and market acceptance of, its services; its ability to provide differentiated and superior customer experience, maintain and enhance customer trust in its platform, and assess and mitigate various risks, including credit; its expectations regarding maintaining and expanding its relationships with business partners, including financing partners; trends and competition in China's used car e-commerce industry; the laws and regulations relating to Uxin's industry; the general economic and business conditions; and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in Uxin's filings with the SEC. All information provided in this press release and in the attachments is as of the date of this press release, and Uxin does not undertake any obligation to update any forward-looking statement, except as required under applicable law.

**For investor enquiries, please contact:**

Nancy Song
Uxin Investor Relations
Tel: +86 10 5691-6765
Email: ir@xin.com

**For media enquiries, please contact:**

Yi-Ke Hong
Brunswick Group
Tel: +86 10 5960-8600
Email: uxin@brunswickgroup.com

6

## Uxin Limited
## Unaudited Consolidated Statements of Comprehensive (Loss)/Income
(In thousands except for number of shares and per share data)

| | Three months ended September 30, 2017 | Three months ended September 30, 2018 | | Nine months ended September 30, 2018 | |
|---|---|---|---|---|---|
| | RMB | RMB | US$ | RMB | US$ |
| **Revenues:** | | | | | |
| 2C Transaction facilitation revenue | 52,236 | 138,595 | 20,147 | 327,842 | 49,500 |
| 2C Loan facilitation revenue | 241,093 | 473,623 | 68,849 | 1,154,238 | 174,548 |
| 2B Transaction facilitation revenue | 158,282 | 191,192 | 27,793 | 460,940 | 69,422 |
| Others | 89,485 | 60,255 | 8,759 | 235,767 | 35,967 |
| **Total revenues** | **541,096** | **863,665** | **125,548** | **2,178,787** | **329,437** |
| | | | | | |
| **Operating cost and expenses:** | | | | | |
| Cost of revenue | (195,674) | (304,600) | (44,278) | (785,660) | (118,738) |
| Sales and marketing | (541,237) | (755,436) | (109,815) | (1,998,026) | (302,613) |
| General and administrative | (259,493) | (266,344) | (38,717) | (1,451,983) | (219,181) |
| Research and development | (49,049) | (82,371) | (11,974) | (232,845) | (35,253) |
| (Losses)/gains from guarantee liability | (18,610) | 2,414 | 351 | (10,161) | (1,689) |
| | | | | | |
| **Total operating cost and expenses** | **(1,064,063)** | **(1,406,337)** | **(204,433)** | **(4,478,675)** | **(677,474)** |
| | | | | | |
| **Loss from operations** | **(522,967)** | **(542,672)** | **(78,885)** | **(2,299,888)** | **(348,037)** |
| | | | | | |
| Interest income/(expenses) | 4,560 | (38,611) | (5,613) | (85,096) | (12,810) |
| Other (expenses)/income | (4,343) | 3,107 | 452 | (5,902) | (941) |
| Foreign exchange losses | (4,493) | (10,805) | (1,571) | (7,522) | (1,065) |
| Fair value change of derivative liabilities | (237,867) | — | — | 1,185,090 | 176,273 |
| **Loss before income tax expense** | **(765,110)** | **(588,981)** | **(85,617)** | **(1,213,318)** | **(186,580)** |
| Income tax expense | (2,341) | (5,018) | (729) | (10,402) | (1,566) |
| Equity in gains of affiliates | 1,577 | — | — | — | — |
| **Net loss** | **(765,874)** | **(593,999)** | **(86,346)** | **(1,223,720)** | **(188,146)** |
| Less: net loss attributable to non-controlling interests shareholders | (8,662) | (1,479) | (215) | (15,219) | (2,353) |
| **Net loss attributable to UXIN LIMITED** | **(757,212)** | **(592,520)** | **(86,131)** | **(1,208,501)** | **(185,793)** |
| Accretion on redeemable preferred shares | (139,073) | — | — | (318,951) | (49,671) |
| Deemed dividend to preferred shareholders | (233,117) | — | — | (544,773) | (86,636) |
| **Net loss attributable to ordinary shareholders** | **(1,129,402)** | **(592,520)** | **(86,131)** | **(2,072,225)** | **(322,100)** |
| **Net loss** | **(765,874)** | **(593,999)** | **(86,346)** | **(1,223,720)** | **(188,146)** |
| Foreign currency translation | (25,585) | 15,337 | 2,229 | (4,251) | (635) |
| **Total comprehensive loss** | **(791,459)** | **(578,662)** | **(84,117)** | **(1,227,971)** | **(188,781)** |
| Less: total comprehensive loss attributable to non-controlling interests shareholders | (7,599) | (1,479) | (215) | (20,350) | (3,128) |
| **Total comprehensive loss attributable to Uxin's shareholders** | **(783,860)** | **(577,183)** | **(83,902)** | **(1,207,621)** | **(185,653)** |
| **Net loss attributable to ordinary shareholders** | **(1,129,402)** | **(592,520)** | **(86,131)** | **(2,072,225)** | **(322,100)** |
| Weighted average shares outstanding-basic | 49,318,860 | 877,180,394 | 877,180,394 | 345,484,292 | 345,484,292 |
| Weighted average shares outstanding-diluted | 49,318,860 | 877,180,394 | 877,180,394 | 345,484,292 | 345,484,292 |
| Net loss per share-basic | (22.90) | (0.68) | (0.10) | (6.00) | (0.93) |
| Net loss per share-diluted | (22.90) | (0.68) | (0.10) | (6.00) | (0.93) |

\* Share-based compensation charges included are as follows:

| | Three months ended September 30, 2017 | Three months ended September 30, 2018 |
|---|---|---|
| | (In thousands of RMB) | |
| Cost of revenue | — | (14) |
| Sales and marketing | — | (158) |
| General and administrative | 137,656 | 76,442 |
| Research and development | — | 681 |

7

**Uxin Limited**
**Unaudited Consolidated Balance Sheets**
(In thousands except for number of shares and per share data)

| | As of December 31, 2017 | As of September 30, 2018 | |
| --- | --- | --- | --- |
| | RMB | RMB | US$ |
| **ASSETS:** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | 291,973 | 677,098 | 98,427 |
| Restricted cash | 1,617,230 | 1,838,356 | 267,234 |
| Accounts receivable | 40,155 | 47,217 | 6,866 |
| Short-term investments | 1,000 | 580,936 | 84,448 |
| Amounts due from related parties | 608,291 | — | — |
| Advance to consumers on behalf of financing partners | 827,417 | 482,349 | 70,117 |
| Loan recognized as a result of payment under the guarantee, net | 252,555 | 458,220 | 66,609 |
| Advance to sellers | 246,287 | 906,624 | 131,792 |
| Other receivables, net | 251,649 | 729,959 | 106,111 |
| Inventory | 77,941 | 18,208 | 2,647 |
| Prepaid expenses and other current assets | 249,769 | 479,722 | 69,735 |
| Financial lease receivables, net | 438,693 | 472,019 | 68,615 |
| **Total current assets** | **4,902,960** | **6,690,708** | **972,601** |
| **Non-current assets:** | | | |
| Property, equipment and software, net | 156,625 | 202,620 | 29,454 |
| Intangible assets, net | 9,949 | 22,971 | 3,339 |
| Goodwill | 75,849 | 114,094 | 16,585 |
| Long term investments | 40,628 | 347,506 | 50,515 |
| Other non-current assets | 112,902 | — | — |
| **Total non-current assets** | **395,953** | **687,191** | **99,893** |
| **TOTAL ASSETS** | **5,298,913** | **7,377,899** | **1,072,494** |
| **LIABILITIES, MEZZANINE EQUITY, AND SHAREHOLDERS' DEFICIT** | | | |
| **Current liabilities:** | | | |
| Short-term borrowings | 426,783 | 604,691 | 87,901 |
| Accounts payable | 65,694 | 107,402 | 15,613 |
| Amounts due to related parties | | | |
| Guarantee liabilities | 173,907 | 249,019 | 36,199 |
| Deposit of interests from consumers and payable to financing partners—current | 732,273 | 611,200 | 88,848 |
| Advance from buyers collected on behalf of sellers | 226,891 | 146,499 | 21,296 |
| Other payables and accruals | 927,389 | 1,092,729 | 158,845 |
| Deferred revenue | 27,598 | 51,241 | 7,449 |
| Other current liabilities | 163,355 | — | — |
| Derivative liabilities | 1,596,424 | — | — |
| Convertible bonds | — | 1,190,962 | 173,125 |
| **Total current liabilities** | **4,340,314** | **4,053,743** | **589,276** |
| **Non-current liabilities:** | | | |
| Long-term borrowings | 374,104 | 620,044 | 90,133 |
| Deposit of interests from consumers and payable to financing partners—non-current | 343,823 | 101,711 | 14,785 |
| Deferred tax liabilities | 1,653 | 5,124 | 745 |

| | | | |
|---|---|---|---|
| **Total non-current liabilities** | **719,580** | **726,879** | **105,663** |
| **Total liabilities** | **5,059,894** | **4,780,622** | **694,939** |
| **Mezzanine equity** | | | |
| Series A | 94,411 | — | — |
| Series A-1 | 69,193 | — | — |
| Series B | 180,294 | — | — |
| Series C | 408,559 | — | — |
| Series D | 1,703,667 | — | — |
| Series E | 1,146,351 | — | — |
| Series F | 1,563,657 | — | — |
| Series G | 3,214,932 | — | — |
| Redeemable non-controlling interests | 39,580 | — | — |
| **Total mezzanine equity** | **8,420,644** | — | — |
| **Shareholders' deficit:** | | | |
| Ordinary shares | 30 | 573 | 83 |
| Additional paid-in capital | — | 12,883,307 | 1,872,791 |
| Accumulated other comprehensive income | 76,607 | 75,535 | 10,980 |
| Accumulated deficit | (8,207,801) | (10,366,476) | (1,506,930) |
| **Total Uxin's shareholders' deficit** | **(8,131,164)** | **2,592,939** | **376,924** |
| Non-controlling interests | (50,461) | 4,338 | 631 |
| **Total shareholders' deficit** | **(8,181,625)** | **2,597,277** | **377,555** |
| **TOTAL LIABILITIES, MEZZANINE EQUITY, AND SHAREHOLDERS' DEFICIT** | 5,298,913 | 7,377,899 | 1,072,494 |

8

**Uxin Limited**
**Unaudited Reconciliations of GAAP And Non-GAAP Results**
(In thousands except for number of shares and per share data)

| | Three months ended | | |
|---|---|---|---|
| | September 30, 2017 | September 30, 2018 | |
| | (Unaudited) RMB | (Unaudited) RMB | (Unaudited) US$ |
| **Net loss** | (765,874) | (593,999) | (86,346) |
| | | | |
| **Add: Share-based compensation expenses** | 137,656 | 76,951 | 11,186 |
| - Cost of revenue | — | (14) | (2) |
| - Sales and marketing | — | (158) | (23) |
| - General and administrative | 137,656 | 76,442 | 11,112 |
| - Research and development | — | 681 | 99 |
| | | | |
| **Fair value change of derivative liabilities** | 237,867 | — | — |
| | | | |
| **Non-GAAP adjusted net loss** | (390,351) | (517,048) | (75,160) |
| | | | |
| Non-GAAP adjusted net loss per share—basic | (15.29) | (0.59) | (0.09) |
| | | | |
| Non-GAAP adjusted net loss per share—diluted | (15.29) | (0.59) | (0.09) |
| | | | |
| Weighted average shares outstanding—basic | 49,318,860 | 877,180,394 | 877,180,394 |
| | | | |
| Weighted average shares outstanding—diluted | 49,318,860 | 877,180,394 | 877,180,394 |

Note: The conversion of Renminbi (RMB) into U.S. dollars (USD) is based on the certified exchange rate of USD1.00=RMB6.8792 as of the end of September 2018 stipulated by the People's Bank of China.

9