UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICK MACHNIEWICZ, individually and
on behalf of all others similarly situated,

     Plaintiff,

   vs.

UXIN LIMITED, KUN DAI, ZHEN ZENG,
RONG LU, JULIAN CHENG, DOU SHEN,
HAINAN TAN, MORGAN STANLEY & CO.
INTERNATIONAL PLC, GOLDMAN SACHS
(ASIA) L.L.C., J.P. MORGAN SECURITIES
LLC, CHINA INTERNATIONAL CAPITAL
CORPORATION HONG KONG SECURITIES
LIMITED, and CHINA RENAISSANCE
SECURITIES (HONG KONG), LIMITED,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

19-cv-822 (MKB) (VMS)

**ECF CASE**
**Electronically Filed**

**Oral Argument Requested**

## DECLARATION OF ROBERT A. FUMERTON
## IN FURTHER SUPPORT OF DEFENDANTS' JOINT MOTION TO
## <u>DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am a member of the bar of this Court and of the firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for Defendant Uxin Limited ("Uxin") in this action.

2.  I respectfully submit this declaration in further support of Defendants' Joint

Motion to Dismiss (ECF No. 24) and to transmit a true and correct copy of:

Exhibit K[1] ..................Second J Capital Report on Uxin (April 24, 2019)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2020, in New York, New York.

          /s/ Robert A. Fumerton
          Robert A. Fumerton

---

[1] Exhibits A-J were attached to my declaration dated January 10, 2020 (ECF No. 26).