UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICK MACHNIEWICZ, individually and  :   19-cv-00822-MKB-VMS
on behalf of all other similarly situated,  :
   :
   :
             Plaintiff,  :
   :
   :
      vs  :
   :
   :
UXIN LIMITED, KUN DAI, ZHEN ZENG,  :
RONG LU, JULIAN CHENG, DOU SHEN,  :
HAINAN TAN, MORGAN STANLEY & CO.  :
INTERNATIONAL PLC, GOLDMAN SACHS  :
(ASIA) L.L.C., J.P. MORGAN SECURITIES  :
LLC, CHINA INTERNATIONAL CAPITAL  :
CORPORATION HONG KONG SECURITIES  :
LIMITED, and CHINA RENAISSANCE  :
SECURITIES (HONG KONG), LIMITED,  :
             Defendants.  :
   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS KUN DAI AND ZHEN ZENG'S
## JOINDER IN PENDING JOINT MOTION TO DISMISS

Defendants Kun Dai and Zhen Zeng, through their undersigned counsel, hereby join in the

pending Motion to Dismiss (ECF No. 24), and all papers in support thereof, filed by Defendants

Uxin Limited, Morgan Stanley & Co. International plc, Goldman Sachs (Asia) L.L.C., J.P. Morgan

Securities LLC and China Renaissance Securities (Hong Kong) Limited.  At the time that motion

was made, Defendants Dai and Zeng had not yet been served in this action.  For the same reasons

stated in those moving papers, Defendants Dai and Zeng respectfully move the Court, pursuant to

Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the

Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), for an Order dismissing the

Second Amended Class Action Complaint in its entirety with prejudice and granting such other

and further relief as this Court may deem just and proper.

Dated: October 8, 2020
     New York, New York

    /s/ Robert A. Fumerton

Scott D. Musoff
(scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
Michael C. Griffin
(michael.griffin@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
Fax:     (212) 735-2000

*Attorneys for Defendants Uxin Limited,*
*Kun Dai and Zhen Zeng*

2