The Rosen Law Firm
INVESTOR COUNSEL

Laurence M. Rosen
lrosen@rosenlegal.com

December 10, 2020

**VIA ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Machniewicz v. Uxin Limited, et. al.*, 1:19-cv-0822-MKB-VMS

Dear Judge Brodie:

I write on behalf of the Parties to inform the Court that the Parties have reached a settlement in principle that will resolve all claims in the above-captioned putative class action.

The Parties are in the process of formalizing their settlement agreement. Accordingly, the Parties respectfully request that the Court hold in abeyance any decision on Defendants' pending motions to dismiss (Dkt. Nos. 21, 24, 39).

Respectfully submitted,

*/s/ Laurence M. Rosen*

Laurence M. Rosen

CC: All counsel of record via ECF