Exhibit A-3

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICK MACHNIEWICZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,<br><br>    Defendants. | Case No: 1:19-cv-0822-MKB-VMS<br><br><u>CLASS ACTION</u> |

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION**

| | |
|---|---|
| IN RE UXIN LIMITED SECURITIES LITIGATION | Index No. 650427/2019<br><br>Hon. Andrew Borrok<br><br>Commercial Division Part 53 |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED
<u>CLASS ACTION SETTLEMENT</u>**

**TO:    ALL PERSONS WHO (I) PURCHASED OR OTHERWISE ACQUIRED UXIN LIMITED ("UXIN" OR THE "COMPANY") AMERICAN DEPOSITORY SHARES ("ADSs") FROM JUNE 27, 2018 THROUGH APRIL 16, 2019, INCLUSIVELY (THE "SETTLEMENT CLASS PERIOD"); OR (II) PURCHASED OR OTHERWISE ACQUIRED UXIN ADSs PURSUANT OR TRACEABLE TO UXIN'S REGISTRATION STATEMENTS AND PROSPECTUS FOR UXIN'S JUNE 27, 2018 INITIAL PUBLIC OFFERING ("IPO").**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on _____, 2021, at __:__ _.m., before the Honorable Margo K. Brodie, U.S. District Court, Eastern District of New York, 225 Cadman Plaza East, Courtroom 6F, Brooklyn, New York 11201, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action (the "Action") as well as the action pending in the Supreme Court of the State of New York, County of New York, styled as *In re Uxin Limited. Securities Litigation,* Index No. 650427/2019 (Sup. Ct. N.Y. Cty.) ("State Court Action") as set forth in the Stipulation of Settlement ("Stipulation")[1] for $9,500,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Stipulation should be entered; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below), and, if so, in what amount; (4) to award Plaintiffs for representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable and adequate. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means.

---

[1] The Stipulation can be viewed and/or obtained at www._____.com.

This Action and the State Court Action are securities class actions brought on behalf of those persons who purchased or acquired Uxin ADSs during the Settlement Class Period or pursuant or traceable to Uxin's Registration Statements and Prospectus for Uxin's IPO, against Uxin, certain of its officers, directors, and underwriters of Uxin's IPO (collectively, "Defendants") for, among other things, allegedly misstating and omitting material facts from the Registration Statement and Prospectus filed with the U.S. Securities and Exchange Commission in connection with the IPO. Plaintiffs allege that these purportedly false and misleading statements inflated the price of the Company's ADSs, resulting in damage to Settlement Class Members when the truth was revealed. Defendants deny all of Plaintiffs' allegations.

IF YOU PURCHASED OR ACQUIRED UXIN ADSs (I) BETWEEN JUNE 27, 2018 JUNE 28, 2018 THROUGH AND INCLUDING APRIL 16, 2019, OR (II) PURSUANT OR TRACEABLE TO UXIN'S REGISTRATION STATEMENT AND PROSPECTUS FOR UXIN's IPO, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION AND THE STATE COURT ACTION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than _____, 2021)** or electronically **(no later than _____, 2021)**. Your failure to submit your Proof of Claim by _____, 2021, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Action and the State Court Action. If you are a member of the Settlement Class and do not request exclusion therefrom, you will be bound by the Settlement and any judgment and release entered in the Action and the State Court Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

- 3 -

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www._____com, or by writing to:

Uxin Limited Securities Litigation Settlement
c/o A.B. Data, Ltd.
P.O. Box _____
Milwaukee, WI 53217
Tel.: 877-933-2882

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court. Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to

Plaintiffs' Counsel:

| Michael G. Capeci | Laurence Rosen |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP | THE ROSEN LAW FIRM, P.A. |
| 58 South Service Road, Suite 200 | 275 Madison Avenue, 40th Floor |
| Melville, NY 11747 | New York, NY 10016 |
| Telephone: (631) 367-7100 | Telephone: (212) 686-1060 |

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY _____, 2021**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE SETTLEMENT CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE SETTLEMENT CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND/OR THE AWARDS TO PLAINTIFFS FOR REPRESENTING THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY _____, 2021**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: _____    BY ORDER OF THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

- 4 -