**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICK MACHNIEWICZ, Individually and on behalf of all others similarly situated, | Case No: 1:19-cv-0822-MKB-VMS |
| Plaintiff, | |
| v. | CLASS ACTION |
| UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, | |
| Defendants. | |

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION**
**FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND**
**ESTABLISHING NOTICE PROCEDURES**

Lead Plaintiff Saleh Doron Gahtan and named plaintiff Daniel Chiu, along with plaintiffs Adam Franchi, Raul Araujo, Lei Liang, and Mark Lee in the action pending before the Supreme Court of the State of New York captioned *In re Uxin Limited Securities Litigation,* Index No. 650427/2019 (collectively, "Plaintiffs"), respectfully move this Court for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and Defendants as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Fairness Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, the Declaration of Laurence Rosen, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose this motion. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated: April 2, 2021

Respectfully submitted,

*/s/ Laurence M. Rosen*
Laurence M. Rosen
(lrosen@rosenlegal.com)
Phillip Kim
(pkim@rosenlegal.com)
Yu Shi
(yshi@rosenlegal.com)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Plaintiffs Saleh Doron*

*Gahtan, Daniel Chiu and the Proposed Class in the Federal Court Action*

Brian Schall
(brian@schallfirm.com)
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964

*Additional Counsel to Plaintiffs Saleh Doron Gahtan, Daniel Chiu and the Proposed Class in the Federal Action*

-and-

Samuel Rudman
(srudman@rgrdlaw.com)
Michael G. Capeci
(mcapeci@rgrdlaw.com)
Magdalene Economou
(meconomou@rgrdlaw.com)
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Tel.: (631) 367-7100
Fax: (631) 367-1173

*Counsel for the Proposed Class in the State Court Action*

Casey Sadler
(csadler@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel: (310) 201-9150
Fax: (310) 432-1495

Daniella Quitt
(dquitt@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
712 Fifth Avenue, 31 floor
New York, NY  10019
Tel: (212) 935-7400
Fax: (212) 884-0988

*Counsel for Plaintiff Mark Lee and the*
*Proposed Class in the State Court Action*

*/s/ Mark Rifkin*
Mark Rifkin
(rifkin@whafh.com)
Kevin G. Cooper
(kcooper@whafh.com)
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016
Tel: (212) 545-4600
Fax: (212) 686-0114

*Counsel for Plaintiff Lei Liang and the*
*Proposed Class in the State Court Action*

Frank R. Schirripa
(fschirripa@hrsclaw.com
Kurt Hunciker
(khunciker@hrsclaw.com)
Seth M. Pavsner
(spavsner@hrsclaw.com)
HACH ROSE SCHIRRIPA
    & CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Counsel for Plaintiff Adam Franchie and the*
*Proposed Class in the State Court Action*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2021, a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen