## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK MACHNIEWICZ, Individually and on behalf of all others similarly situated, | Case No: 1:19-cv-0822-MKB-VMS |
| Plaintiff, | |
| v. | CLASS ACTION |
| UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, | |
| Defendants. | |

## DECLARATION OF LAURENCE M. ROSEN

I, Laurence M. Rosen, declare the following pursuant to 28 U.S.C. §1746:

1.     I am the Managing Attorney at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Saleh Doron Gahtan and Named Plaintiff Daniel Chiu in this action. I make this declaration in support of Plaintiffs' Unopposed Motion For Preliminary Approval of Class Action Settlement and Establishing Notice Procedure. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.     Attached as Exhibit 1 is a true and correct copy of excerpts from a report by Cornerstone Research, titled "Securities Class Action Settlements, 2019 Review and Analysis."

3.     Attached as Exhibit 2 is a true and correct copy of the firm resume of Robbins Geller Rudman & Dowd LLP.

4.     Attached as Exhibit 3 is a true and correct copy of the firm resume of Glancy Prongay & Murray LLP.

5.     Attached as Exhibit 4 is a true and correct copy of the firm resume of Wolf Haldenstein Adler Freeman & Herz LLP.

6.     Attached as Exhibit 5 is a true and correct copy of the firm resume of Hach Rose Schirripa & Cheverie LLP.

Executed this 2nd day of April, 2021, in New York, NY.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of April 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Laurence M. Rosen*
Laurence M. Rosen