# EXHIBIT 5



### FIRM BIOGRAPHY

HACH ROSE SCHIRRIPA & CHEVERIE, LLP ("HRS&C" or the "Firm") specializes in large, complex litigation in the fields of securities, mergers and acquisitions, corporate governance, antitrust, consumer protection, investor arbitration and employment litigation on behalf of Taft-Hartley funds and their members. With over 100 years of combined experience, the Firm's attorneys have established themselves as leading representatives of Taft-Hartley pension and benefit funds in these areas of the law. The Firm's attorneys have litigated hundreds of cases in both state and federal courts through the United States, and are committed to protecting pension fund assets and victims of corporate wrongdoing.

HRS&C is headquartered in New York. Its attorneys are licensed to practice law in New York, New Jersey, Connecticut, Massachusetts and Washington, D.C., and have practiced in numerous federal district and appellate courts and state courts throughout the United States and Puerto Rico.

### NOTABLE CURRENT AND FORMER REPRESENTATION OF INSTITUTIONAL INVESTORS, TAFT-HARTLEY PENSION AND BENEFIT FUNDS AND INDIVIDUALS

#### *Securities Fraud Class Actions and Corporate Governance Actions*

o   Representation of Taft-Hartley pension fund as a plaintiff in a derivative action against Facebook's Board of Directors alleging a breach of fiduciary duty by creating a culture within Facebook that prioritized profits and disregarded the company's legal obligation to obtain user consent before sharing personal user information with third-parties, and/or consciously failing to prevent the company from doing so. The derivative suit was the product of a years-long investigation using Delaware Section 220, wherein HRS&C was victorious at trial and secured significant productions of documents from the Company's Board. In the court's memorandum opinion following trial in the Section 220 action, Vice Chancellor Slights wrote:

> After carefully reviewing the evidence and the arguments of counsel, I conclude in this post-trial decision that ***Plaintiffs have demonstrated, by a preponderance of the evidence, a credible basis from which the Court can infer that wrongdoing occurred at the Board level…. Judgment is entered for Plaintiffs***.

o   Representation of an individual shareholder, lead plaintiff, in a derivative action against Kandi Technologies Group, Inc.'s Board of Directors alleging a breach of fiduciary duty for failing to maintain an adequate system of oversight and internal controls over the company's financial

reporting.  Following a hearing on a motion by defendant to dismiss the action pursuant to Rules 23.1 and 12(b)(6), the court ruled in favor of plaintiff, finding that plaintiff sufficiently established that the *"Demand Board lacks a disinterested and independent majority that could have considered a demand, rendering demand futile."*

o   Representation of an individual shareholder in a derivative action against the Board of Directors of MoneyGram International, Inc. alleging a breach of fiduciary duty by allowing the company to violate laws and regulations governing the prevention of fraud and money laundering and by failing to take timely and good faith remedial actions when such violations occurred.

o   Representation of an individual shareholder in a derivative action against the Board of Directors of Stamps.com, Inc. alleging a breach of fiduciary duty by allowing the company to implement and employ an unsustainable business practice premised on taking advantage of the United States Postal Service's postage reseller program.

o   Representation of Taft-Hartley pension fund as lead plaintiff in a Delaware Section 220 action against the Board of Directors of AmerisourceBergen Corporation in connection with the Board's refusal to produce books and records relating to the company's role in the multi-billion-dollar opioid crisis.  Following trial in the Section 220 action, the court found that *"plaintiffs have proven that they have proper purposes to conduct an inspection,"* and granted plaintiff's right to inspect formal board materials.

o   Representation of Taft-Hartley pension fund as lead plaintiff in a Delaware Section 220 action against the Board of Directors of The Boeing Company, in connection with the Board's refusal to produce books and records relating to breaches of fiduciary duty by the Board relating to the development and deployment of the 737 MAX 8 and 787 Dreamliner.  During the pendency of the Section 220 Action, plaintiff successfully moved to intervene three separate derivative actions filed in the Court of Chancery.  During the hearing on plaintiff's motion, the Chancery Court found that it was *"logical" to protect plaintiff from the "risk of preclusion."*

o   Representation of Taft-Hartley pension fund as a plaintiff in a derivative action against The Board of Directors of The Boeing Company alleging a breach of fiduciary duty failing to identify and correct safety risks within the company.

o   Representation of individual shareholder as lead plaintiff in a Delaware Section 220 action against the Board of Directors of Nvidia Corporation in connection with the Board's refusal to produce books and records relating to the company's false and misleading public statements concerning the company's internal controls, prospects and earnings.

o   Representation of Taft-Hartley pension fund as lead plaintiff and proposed class representative, in a derivative action against Sinclair Broadcasting Corporation's Board of Directors alleging a breach of fiduciary duty by relating to illegal practices and accounting fraud.

o   Court appointed Co-lead Counsel, and representation of Taft-Harley pension fund, as lead plaintiff, in a securities fraud class action against Cemex, S.A.B. de C.V. arising from material

2

misrepresentations concerning allegations that Cemex executives had engaged in an unlawful bribery scheme in connection with the company's dealings in Columbia, which subjected the company to heightened regulatory scrutiny and potential criminal sanctions.

o   Representation of Taft-Hartley pension fund as lead plaintiff in a Delaware Section 220 action against the Board of Directors of AmerisourceBergen Corporation in connection with the Board's refusal to produce books and records relating to the company's multi-million penalty for operating an illegal pre-filled syringe program, in violation of the Food Drug and Cosmetic Act ("FDCA").

o   Representation of Taft-Hartley pension fund as lead plaintiff in a derivative action against AmerisourceBergen Corporation's Board of Directors alleging a breach of fiduciary duty by willfully failing to implement and monitor fundamental reporting policies and systems to ensure that information regarding the company's compliance with drug safety laws and regulations would be reported to the Board.

o   Representation of Taft-Hartley pension fund as lead plaintiff in a Delaware Section 220 action against the Board of Directors of Sealed Air Corporation in connection with the Board's refusal to produce books and records relating to the company's accounting practices related to income taxes and financial reporting, its selection of an auditor, and its termination for cause of its former Chief Financial Officer.

o   Representation of lead plaintiff and proposed class representative in securities class action against Uxin Limited, arising from the false and/or misleading registration statement and prospectus issued in connection with the company's initial public offering.

o   Representation of Taft-Hartley pension fund as lead plaintiff in a derivative action against Wells Fargo's Board of Directors alleging a breach of fiduciary duty by willfully ignoring the wide-spread fraud by the illegal practice of opening unauthorized deposit and credit accounts for Wells Fargo customers.  This matter was successfully litigated and resulted in significant corporate governance reforms valued between $100 and $200 million as part of a joint settlement that was approved in California state court in association with derivative actions filed in California alleging similar claims.

o   Representation of Taft-Hartley benefits fund as lead plaintiff in a derivative action against Western Union's Board of Directors alleging a breach of fiduciary duty by willfully ignoring its participation in cross-border money laundering.

o   Representing a Taft-Hartley benefits fund as lead plaintiff in a derivative action against current and former directors of DreamWorks Animation SKG, Inc. for breaches of fiduciary duty and corporate malfeasance in violation of Delaware law.

o   Representation of three individual investors as proposed class representatives on behalf of the Retail Investor Subclass in a securities class action against Facebook, Inc., several of its officer and directors and the lead underwriter arising from material misrepresentations made to investors in connection with Facebook's Initial Public Offering.

3

o  Representation of a Taft-Hartley pension fund, as lead plaintiff and proposed class representative, on behalf of all Taft-Hartley and employee benefit plans covered by ERISA, other non-public institutional investors, including private pension funds, mutual funds, endowment funds, and investment manager funds in a class action against The Bank of New York Mellon Corporation and its predecessors and subsidiaries, alleging that defendants charged class members fictitious foreign currency exchange ("FX") rates in connection with the purchase and sale of foreign securities.  Following four-years of intense litigation, which included over 19 million pages of document discovery, over 100 depositions, counterclaims against the named plaintiffs and their trustees, counsel for co-lead plaintiffs secured a court-approved settlement that returned, in aggregate, $504 million to BNY Mellon's custodial banking customers. At the final settlement hearing in *BNY Mellon* (Sept. 24, 2015), Judge Kaplan noted:

> This really was an extraordinary case in which plaintiffs' counsel performed, at no small risk, an extraordinary service, …. They did a wonderful job in this case, and I've seen a lot of wonderful lawyers over the years.  This was a great performance.
>
> *   *   *
>
> This was an outrageous wrong committed by the Bank of New York Mellon, and plaintiffs' counsel deserve a world of credit for taking it  on,  for  running  the risk, for financing it and doing a great job.

o  Representation of a Taft- Hartley pension fund as a named plaintiff in a class action against The Bank of New York Mellon Corporation and its predecessors and subsidiaries, for harm suffered as a result of BNYM's conversion of dividends or other cash distributions by foreign companies to holders of American Depositary Receipts ("ADRs") into U.S. Dollars, a process referred to as "ADR FX Conversions," in a manner that breached BNYM's contractual obligations to holders of those ADRs.  This matter was successfully resolved and resulted in a $72.5 million settlement for the class.

o  Representation of a Taft-Hartley benefits fund as lead plaintiff in a derivative action against Darden Restaurants Inc.'s Board of Directors alleging a breach of fiduciary duty in connection with their approval of the Bylaw Amendments and the Dead Head Proxy Put and corporate waste in connection with their approval of the Red Lobster Transaction.  This matter was successfully litigated and resulted in a settlement in which the Board of Directors agreed to restore and enhance core franchise rights of Darden shareholders by repealing certain Bylaw Amendments, enhancing voting rights and terminating a "poison pill."

o  Representation of a Taft-Hartley pension fund as lead plaintiff in a direct shareholder action against Globe Specialty Metals' Board of Directors and certain other defendants alleging a breach of fiduciary duty in connection with the Board's approval of the sale of Globe Specialty Metals to Grupo FerroAtlantica, S.A.U.  This matter was successfully litigated and resulted in a $32.5 million settlement, as well as post-transaction protections for Globe's former shareholders, including amendments to the acquiring company's Articles of Association.

- o Representation of a Taft-Hartley benefits fund as lead plaintiff in a derivative action against Impax Laboratories Inc.'s Board of Directors alleging a breach of fiduciary duty by willfully ignoring problems in the manufacturing and quality control processes at Impax's primary manufacturing facility, causing it common stock price to drop from $28 per share to $24 per share.  Following the aggressive litigation of this matter, the company corrected its FDA regulatory violations, and the common stock price rebounded to $52 per share within one year.

- o Representation a Taft-Hartley benefits fund and the interests of the derivative class as Additional Plaintiff's Counsel, in a derivative action against Nu Skin Enterprises Inc.'s Board of Directors alleging a breach of fiduciary duty in connection with the company's violations of Chinese regulation against multi-level "pyramid" marketing that resulted in regulatory investigations, fines and drastic reduction in Nu Skin's China sales revenue.

- o Representation of a Taft-Hartley pension fund in securities fraud class action against Nicor, Inc. arising from material misrepresentations concerning Nicor's accounting for natural gas reserves which resulted in a multi-year restatement.  This matter was successfully litigated and resulted in a $39 million settlement.

- o Representation of a Taft-Hartley pension fund in securities fraud class action against Westar Energy, Inc. arising from material misrepresentations about Westar's acquisition of non-regulated businesses.  This matter was successfully litigated and resulted in a $30 million settlement.

- o Representation of a Taft-Hartley pension fund in securities fraud class action against SPX Corporation arising from material misrepresentations about SPX's business segments, free cash flow, and $45 million of alleged insider sales in the weeks leading up to SPX's negative disclosure. This matter was successfully litigated and resulted in a $10 million settlement.

- o Representation of a Taft-Hartley pension fund in a securities fraud class action against Leap Wireless Inc. arising from material misrepresentations about Leap Wireless's financial condition and internal controls that resulted in a massive twelve quarter financial restatement. This matter was successfully litigated and resulted in a $13.75 million settlement and the implementation of various operational and corporate governance measures.

- o Representation of numerous Taft-Hartley pension funds in securities class actions arising from material misstatements in Registration Statements and Prospectuses issued in connection with their purchase of Residential Mortgage-Backed Securities (RMBS) collateralized with "toxic loans," including sub-prime, Alt-A and other fraudulently originated mortgages.

- o Representation of shareholders of Bank of America Corporation in a derivative action against the company's Board of Directors alleging breaches of fiduciary duties in connection with the merger of Merrill Lynch & Co., Inc.

- o Representation of shareholders of Huron Consulting Group in a derivative action against the company's Board of Directors alleging a breach of fiduciary duty in connection with the accounting firm's restatement of $63 million of revenue over a period of 12 fiscal quarters.

5

o   Representation of bank customers whose certificates of deposit were automatically renewed upon maturity at rates much lower than the bank was currently offering to new customers despite being assured that their CD would be invested at the current rate.

*Antitrust, Consumer, Environmental and Product Liability Class Actions*

o   Representation of a Taft-Hartley welfare fund as named plaintiff and serving as Co-Lead Counsel in an antitrust class action lawsuit against Celgene Corporation arising from the defendant's anticompetitive scheme to delay the entry of generic version of Thalomid and Revlimid, two leading cancer treatments, into the market.  This matter was successfully litigated and resulted in a $34 million settlement, which is awaiting final approval.

o   Representation of a Taft-Hartley welfare fund in an antitrust class action lawsuit on behalf of End-Payor Plaintiffs in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724 (E.D. Pa.), multi-district price-fixing case involving dozens of defendants, a federal criminal probe, a multi-state investigation, and a number of different private plaintiff groups.

o   Representation of relators on behalf of the State of California in *State of California ex. rel. Duncan, et al. v. Sutter Health, et al.*, Case No. RG17846895 (Super. Ct. Alameda Cnty.), a case against a California hospital organization alleging fraudulent overcharging of patients through the systemic and intentional misuse of lucrative billing codes under California's Insurance Frauds Prevention Act.

o   Representation of a putative class of New York personal injury, podiatric and medical malpractice plaintiffs against Oxford Health Plans and its subrogation recovery agent, The Rawlings Company, obtaining a declaration under NY G.O.L § 5-335 ("Anti-subrogation law") that Oxford/Rawlings does not have the right to seek subrogation of medical benefits against their settlements.  HRS&C, and co-counsel, successfully reversed the district court's ruling on an appeal to the Second Circuit and subsequently defeated Rawlings' petition for writ certiorari filed with the United States Supreme Court.

o   Representation of a Taft-Hartley welfare fund in an antitrust class action lawsuit against Endo Pharmaceuticals and various generic manufacturers arising from defendant's anticompetitive scheme to delay the entry of generic versions of Opana ER into the market.

o   Representation of a Taft-Hartley welfare fund in an antitrust class action lawsuit against Pfizer, Inc. arising from defendant's anticompetitive scheme to delay the entry of generic versions of Lipitor into the market.

o   Representation of two Taft-Hartley welfare funds as named plaintiffs and serving the proposed class as a member of the Executive Committee in an antitrust class action lawsuit against Reckitt Benckiser, Inc. arising from defendants' anticompetitive scheme to delay the entry of generic versions of Suboxone into the market.

- Representation of a Taft-Hartley welfare fund as a named plaintiff and serving the proposed class in an antitrust class action lawsuit against the brand and generic manufacturers of Lidoderm arising from defendants' anticompetitive scheme to delay the entry of generic versions of Lidoderm into the market, which was settled for $104 million.

- Representation of a Taft-Hartley welfare fund as a named plaintiff and serving the proposed class as a member of the Executive Committee in an antitrust class action lawsuit against the brand and generic manufacturers of Loestrin24 arising from defendants' anticompetitive scheme to delay the entry of generic versions of Loestrin24 into the market, which was settled for $62.5 million.

- Representation of a Taft-Hartley welfare fund as a named plaintiff and serving the proposed class in an antitrust class action lawsuit against the brand and generic manufacturers of Aggrenox arising from defendants' anticompetitive scheme to delay the entry of generic versions of Aggrenox into the market, which was settled for $54 million.

- Representation of a Taft-Hartley welfare fund as a named plaintiff and serving the proposed class in an antitrust class action lawsuit against the brand and generic manufacturers of Solodyn arising from defendants' anticompetitive scheme to delay the entry of generic versions of Solodyn into the market, which was settled for $44 million.

- Representation of two Taft-Hartley welfare funds, as named plaintiffs and certified class representatives, in an antitrust class action lawsuit against Astrazenceca LP. arising from defendant's anticompetitive scheme to delay the entry of generic versions of Nexium into the market.  This matter was extensively litigated through a jury verdict; Plaintiffs obtained a $25 million settlement from generic manufacturer Dr. Reddy's Laboratories.

- Representation of a Taft-Hartley welfare fund as a named plaintiff and serving the proposed class as a member in an antitrust class action lawsuit against the brand and generic manufacturers of Solodyn arising from defendants' anticompetitive scheme to delay the entry of generic versions of Solodyn into the market, which was settled for $44 million.

- Representation of citizens of Paulsboro, New Jersey and the surrounding towns in a environmental mass tort case against Consolidated Rail Corporation ("Conrail") and other defendants where defendants' negligence caused a train derailment caused a tanker to breach while crossing the Mantua Creek Bridge and spill 24,000 gallons (or 180,000 pounds) of Vinyl Chloride – a known human carcinogen.
- Representation of purchasers of Volkswagen and Audi vehicles equipped with defective plenum drains, pollen filter seals and sunroof drains permitting water ingress which compromised the vehicles' brake booster, transmission control module, other electrical components and the vehicles interior.  This action was successfully litigated.

- Representation of a class of silver bullion purchasers and holders that were being overcharged for the storage of unallocated silver bullion.  This matter was successfully litigated and resulted in a 100% recovery of storage charges.

7

### THE FIRM'S ATTORNEYS

**Frank R. Schirripa,** *Managing Partner*

Frank Schirripa focuses his practice on representing institutional investors – predominantly Taft-Hartley pension and benefit funds – that have been damaged as the result of securities fraud or corporate malfeasance. Throughout his career, Mr. Schirripa has specialized in handling highly complex multi-party litigation in federal and state courts throughout the United States and has served in a lead, co-lead or representative capacity across a full spectrum of industries (cellular and landline telecommunications, financial services, healthcare, insurance, manufacturing, pharmaceuticals, retail, stock broker and exchange, technology, and utilities) and practices (antitrust, consumer and investor fraud and protection, employment, and shareholder derivative actions) that encompass HRS&C's complex litigation practice. Mr. Schirripa has represented the rights of consumers, shareholders and investors in high profile and precedent-setting class action litigation involving such companies as BNY Mellon, Bombardier, Inc., Celgene, Consolidated Rail Company, Darden Restaurants, Inc., DreamWorks Animation SKG, Inc., Dynex Capital, Inc., Facebook, Globe Specialty Metals, Inc., Leap Wireless, Inc., Nicor Corp., The Rawlings Company, SPX Corp., Tidel Technologies, Inc., Volkswagen AG, Wells Fargo, Westar Energy, Inc., and Williams Companies, Inc.

In addition to the aforementioned, Mr. Schirripa has most recently represented shareholders in the following actions: *In re Facebook, Inc. Section 220 Litigation,* C.A. No. 2018-0661-JRS (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al. v. Zuckerberg, et al.*, C.A. No. 2020-0363 (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund v. The Boeing Co.,* C.A. 2019-0603-MTZ (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al., v. Albaugh, et al.*, C.A. No. 2020-0466-AGB (Del. Ch.); *Hughes v. Hu, et al.*, C.A. No. 2019-0112-JTL (Del. Ch.); *Richardson v. Clark, et al.*, C.A. No. 2019-1015-SG (Del. Ch.); *Teamsters Local 677 Health Services and Insurance Plan v. Friedman, et al.,* No. 03-C-18-12119 (Md. Cir. Ct.); *Lebanon County Employees' Retirement Fund and Teamsters Local 443 Health Services and Insurance Plan v. AmerisourceBergen Corporation*, C.A. No. 2019-0527-JTL (Del. Ch.); *Teamsters Local 443 Health Services and Insurance Plan, et al. v. Chou, et al.,* C.A. No. 2019-0816-SG (Del. Ch.); *Teamsters Local 493 Health Services and Insurance Plan v. Sealed Air Corporation*, C.A No. 2019-0899 (Del. Ch.); *Lee, et al. v. Uxin Limited, et al.*, Cons. Index No. 650427 (N.Y. Sup. Ct.); *In re Baker Hughes Incorporated Merger Litigation*, C.A. No. 2019-0628-AGB (Del. Ch.); *City of Westland Police and Fire Retirement System et al. v. NVIDIA Corporation*, C.A. 2020-0075 (Del. Ch.).

Prior to founding the Firm, Mr. Schirripa practiced securities and consumer class action law at two prominent New York class action law firms. Mr. Schirripa's skills and expertise as a class action litigator have been recognized by colleagues, courts and private institutions. Mr. Schirripa's skill, perseverance and diligent advocacy was acknowledged by the Courts. In *In re BNY Mellon FOREX Transaction Litigation*, MDL No. 2335 (S.D.N.Y. Sept. 24, 2015), Judge Kaplan noted:

8

> This really was an extraordinary case in which plaintiffs' counsel performed, at no small risk, an extraordinary service, …. They did a wonderful job in this case, and I've seen a lot of wonderful lawyers over the years. This was a great performance.
>
> *     *     *
>
> This was an outrageous wrong committed by the Bank of New York Mellon, and plaintiffs' counsel deserve a world of credit for taking it on, for running the risk, for financing it and doing a great job.

In *In re SPX Corp. Securities Litigation*, 3:04-CV-99 (W.D.N.C.), the Court commended class counsel for its "skill perseverance[,] … diligent advocacy" and "aggressive representation" of the class in achieving "from a financial standpoint. A very fair settlement" aggregating $10 million, or approximately 22 percent of the maximum recoverable damages, noting that class counsel is among the "leading attorneys in the country in the area of class actions" and is "extremely competent" and "very experienced."

Mr. Schirripa has been recognized by his peers as a *New York Super Lawyer* in Securities and Class Action Litigation. Mr. Schirripa regularly lectures to Taft-Hartley and multi-employer pension and welfare funds on securities and antitrust related legal issues. Mr. Schirripa recently spoke as a panelist on an ABA CLE: "*Current Issues in Pharmaceutical, Medical Device & Biotech Litigation,*" October 2019. Mr. Schirripa, co-authored the article "*Is the Delaware Section 220 Tango Worth the Wait?*" which was published in the ABA Litigation Section, October 2017.

Mr. Schirripa is a member of the American Bar Association, Litigation Section; the Federal Bar Council; New York State Trial Lawyers and the New York Court Lawyers' Association.

Mr. Schirripa is admitted to the Bars of the states of New York and New Jersey, the United States District Courts for the District of Colorado, New Jersey, and the Eastern, Northern and Southern Districts of New York, and the United States Court of Appeals for the Second Circuit. Mr. Schirripa received his B.S. in Business Administration with a concentration in Finance from the State University of New York at Albany in 1999 and his J.D., *cum laude*, from New York Law School in 2002, where he served as the Chairman of the Moot Court Association. Mr. Schirripa was inducted into the Order of the Barristers.

**Daniel B. Rehns,** *Partner*

Throughout his career, Daniel Rehns has specialized in handling highly complex multi-party litigation in federal and state courts throughout the United States. His concentration is on large complex cases and shareholder actions, in which he focuses on all aspects of litigation ranging from case development through settlement and trial. Notably, Mr. Rehns specializes in new case investigation, complex issue briefing and overseeing all aspects of large-scale discovery, including electronic discovery protocols and review, depositions and expert discovery. Prior to joining HRS&C in 2016, Mr. Rehns was an Associate in Cohen Milstein's Securities Litigation & Investor Protection Practice Group. Mr. Rehns litigated many of the most significant mortgage-backed securities (MBS) class-action lawsuits to emerge from the 2008 financial crisis, and was part of the team named an Elite Trial Lawyer Firm by the National Law Journal (in the MBS litigation category) in 2014 and 2015. Mr. Rehns has been recognized by his peers and has been

9

named in *New York Super Lawyers* since 2013.

As co-chair of the Firm's Securities and Corporate Governance Practice Group, Mr. Rehns has served a central role on successful litigation teams in various securities and shareholder matters including since joining HRS&C in: *In re Facebook, Inc. Section 220 Litigation,* C.A. No. 2018-0661-JRS (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al. v. Zuckerberg, et al.*, C.A. No. 2020-0363 (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund v. The Boeing Co.,* C.A. 2019-0603-MTZ (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al., v. Albaugh, et al.*, C.A. No. 2020-0466-AGB (Del. Ch.); *Teamsters Local 677 Health Services and Insurance Plan v. Friedman, et al.,* No. 03-C-18-12119 (Md. Cir. Ct.); *Mass. Laborers' Pension Fund v. Wells Fargo & Co.,* C.A. No. 12997-VCG (Del. Ch.); *Connecticut Laborers' Pension & Annuity Funds v. Stumpf,* C.A. No. 2017-0380-SG (Del. Ch.); *Hughes v. Hu, et al.*, C.A. No. 2019-0112-JTL (Del. Ch.); *Lebanon County Employees' Retirement Fund and Teamsters Local 443 Health Services and Insurance Plan v. AmerisourceBergen Corporation*, C.A. No. 2019-0527-JTL (Del. Ch.); *Richardson v. Clark, et al.*, C.A. No. 2019-1015-SG (Del. Ch.); *Harvey v. McBride, et al.*, Case No. 1:19-cv-01861-CFC (D. Del.); *Teamsters Local 493 Health Services and Insurance Plan v. Sealed Air Corporation*, C.A No. 2019-0899 (Del. Ch.); *In re Dreamworks Animation SKG, Inc.*, Consol. C.A. No. 12619-CB (Del. Ch.).

Mr. Rehns is admitted to the Bars of the state of New York, the United States District Courts for the District of New Jersey, and the Eastern and Southern Districts of New York, and the United States Court of Appeals for the First, Second, Third and Ninth Circuits. Mr. Rehns is a member of the New York Bar Association, the New York County Lawyers' Association, the American Bar Association and the Federal Bar Council. Mr. Rehns, co-authored the article "*Is the Delaware Section 220 Tango Worth the Wait?*" which was published in the ABA Litigation Section, October 2017.

Mr. Rehns began his career at Schoengold Sporn Laitman & Lometti, P.C., where he practiced in the areas of securities fraud and consumer class action litigation. Mr. Rehns attended Bucknell University, graduating with a double major in Economics and Finance, and minors in Legal Studies and Philosophy. He earned his J.D. at New York Law School, where he was a Dean's List recipient. Mr. Rehns was and continues to be an active member in the Sigma Alpha Epsilon Fraternity Organization and Big Brothers Big Sisters of America. Mr. Rehns also competed in Moot Court and co-authored the first edition of West's Nutshell on Corporate Financial Law.

**Michael A. Rose,** *Partner*

Michael Rose focuses his practice on civil litigation. Mr. Rose has had extensive experience prosecuting a broad range of cases on behalf of Taft-Hartley participants, dependents and other individuals, including personal injury, wrongful death, product liability and mass tort. He has tried numerous cases to verdict, handled appeals, and settled many claims resulting in tens of millions of dollars in recovery for clients. Many of these cases have resulted in seven figure jury verdicts and settlements. Mr. Rose has recently tried two cases each of which resulted in eight-figure jury verdict. And during a six-month timespan, Mr. Rose tried three cases each of which resulted in seven figure jury verdicts.

10

He is a frequent lecturer to members of the Bar Association, covering topics such as construction site accidents, vocational rehabilitation, and expert witness examinations. Mr. Rose is a lifetime member of the Million Dollar and Multi-Million Dollar Advocates Forum. Additionally, he is a member of the New York State Bar Association, The Association of the Bar of the City of New York, where he was a member of the Tort Litigation Committee, the New York State Trial Lawyers Association, and the Association of the Trial Law Lawyers of America. Mr. Rose is AV rated by Martindale Hubble.

Mr. Rose is admitted to practice in New York, Massachusetts, and the United States District Court for the Eastern, Northern and Southern Districts. He received B.S. from Ithaca College in 1993 and his J.D. from New England School of Law in 1996.

**David R. Cheverie,** *Partner*

David Cheverie focuses on institutional investor and client outreach, as well as new case development. Mr. Cheverie advises Taft-Hartley pension and benefit fund clients regarding their rights and fiduciary responsibilities with respect to their investments and taking an active role in shareholder litigation. Mr. Cheverie assists clients in evaluating systems to identify and monitor shareholder litigation and the impact on their investments. Mr. Cheverie also counsels them in evaluating the strength of such cases and to whether or not they should seek lead plaintiff status or otherwise actively participate in the litigation. In addition to securities fraud and corporate governance matters, Mr. Cheverie advises and assists Taft-Hartley health funds in participating in pharmaceutical, product defect, and consumer class actions to recover fund losses.

Mr. Cheverie received his B.A. from the University of Connecticut, and his J.D., *cum laude*, from Roger Williams Law School where he received several awards for excellence. He is also a proud member of Laborers' Local 230. Mr. Cheverie is a member of the New York Bar Association, the New York County Lawyers' Association, and is admitted to Bars of the states of New York and Connecticut, the Commonwealth of Massachusetts, and the United States District Court for the Southern and Eastern Districts of New York, District of Connecticut and the District of Massachusetts.

**Gregory S. Hach,** *Partner*

Greg Hach is well-known for representing members of organized labor in mass tort actions including prescription drug liability, personal injury actions, and asbestos litigation. He is responsible for developing LOHRSOFT, or Labor Organization Healthcare Reimbursement Software. LOHRSOFT revolutionizes the way Taft-Hartley health plan and other third-party payors service their members and recover funds from responsible third-parties. This program is actively used in the marketplace today. Through his efforts, Mr. Hach has obtained millions of dollars for union families nationwide. Mr. Hach was recently welcomed into the Who's Who 2010 Strathmore Roundtable.

He is a proud member of the International Union of Operating Engineers, the New York Bar Association, the New York State Trial Lawyers Association, and the Washington, D.C. Bar

11

Association. Outside the office, Mr. Hach is an enthusiastic private pilot and aircraft owner. He is a member of the Aircraft Owners and Pilots Association and regularly flies to visit his clients in outlying areas.

Mr. Hach is admitted to practice in New York, Washington, DC, and the United States District Court for the Eastern and Southern District.  He received B.S. from John Jay College of Criminal Justice in 1996 and his J.D. from Ohio Northern University, Claude W. Pettit College of Law in 1999.

**Kurt Hunciker,** *Senior Counsel*

Mr. Hunciker's practice is concentrated in complex business, derivative and securities litigation.  Prior to joining HRS&C in 2019, Mr. Hunciker was Of Counsel at Bernstein Litowitz Berger & Grossmann LLP for twelve years, where he represented clients in a number of investor class actions. Mr. Hunciker also was Of Counsel at Schoengold & Sporn, Laitman & Lometti, P.C. and a partner at Shea & Gould, where he represented clients in actions brought under the federal securities laws, intellectual property laws, federal antitrust laws and the common law governing business relationships.  He has been a member of litigation teams that have recovered a total of more than $11 billion for investors.

Throughout his extensive legal career, Mr. Hunciker has repeatedly proven himself as a member of the trial team for the *In re WorldCom, Inc. Securities Litigation* ($6.2 billion settlement) and teams that prosecuted five investor class actions arising from the financial crisis, including *In re Citigroup, Inc. Bond Litigation* ($730 million settlement) and *In re Wachovia Preferred Securities and Bond/Notes Litigation* ($627 million settlement).  Among other cases, Mr. Hunciker was a member of teams that prosecuted the *Helfer v. Wells Fargo & Co.* shareholder litigation concerning Wells Fargo's opening accounts without consent ($480 million settlement); *In re Merck & Co. Securities Litigation* (Vioxx-related) ($1.062 billion settlement); *In re Schering-Plough Corp./Enhance Securities Litigation*, ($473 million settlement); *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation* ($215 million settlement); *In re Bank of New York Mellon Corp. Forex Transactions Litigation* ($180 million settlement); and *In re Allergan, Inc. Proxy Violation Securities Litigation* ($250 million settlement).

While at HRS&C, Mr. Hunciker has represented shareholders in multiple actions including *In re Uxin Ltd. Sec. Litig.*, a putative class action brought under the Securities Act of 1933, and shareholder derivative actions brough against officers and directors of Stamps.com, Facebook, Inc. and The Boeing Company.

Mr. Hunciker obtained his J.D. from Harvard Law School, where he was a Senior Editor of the Harvard Environmental Law Review.  He graduated from Stanford University with an A.B. in Economics and is a member of Phi Beta Kappa.  He is admitted to the Bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the United States Courts of Appeals for the Second, Third, Fourth and Ninth Circuits.

**Jay P. Saltzman,** *Counsel*

Mr. Saltzman materially contributed to the litigation of dozens of highly complex securities class and derivative actions and consumer class actions throughout the country and helped recover billions of dollars for injured shareholders and consumers, including *In re WorldCom, Inc. Securities Litigation* (S.D.N.Y.), which settled in 2005 for over $6.13 billion, among the largest securities fraud settlements of all time; *Silberblatt v. Morgan Stanley Dean Witter & Co.* (S.D.N.Y.) (recovering 100% of consumers' claimed overcharges for storage of silver bullion); *Danis v. USN Communications, Inc.* (N.D. Ill.) ($44.7 million recovery); *In re PNC Financial Services Group, Inc. Securities Litigation* (W.D. Pa.) ($46.675 million recovery).

Federal courts throughout the country have noted the ability to pursue successfully complex litigation where Mr. Saltzman took a prominent role, including:

*Maley v. Del Global Technologies Corp*., 00-CV-8495 (S.D.N.Y.), where Judge McMahon commended the firm for "going the extra mile" in obtaining a settlement representing approximately 41 percent of the maximum recoverable damages incurred by the class, observing: "Through [Class Counsel]'s efforts, after intensive investigation, concentrated litigation and extensive arm's-length bargaining, and without the benefit of any governmental agency's investigation, Class Counsel have secured a settlement fund which confers an excellent benefit to the Class ... I can't ever remember having participated as a lawyer or a judge in a settlement of a securities fraud class action that yielded in excess of a forty percent rate of recovery."

In *Behr v. APAC Teleservices, Inc.,* 97-CV-9145 (S.D.N.Y.), Judge Jones recognized the "long efforts" of counsel in litigating the case and their "thorough investigation" of plaintiffs' claims, concluding that the "substantial settlement" obtained "saved [the class] a lot of years of complex litigation."

Mr. Saltzman is admitted to practice in the courts of the States of New York and New Jersey, in the Southern and Eastern Districts of New York, the District of New Jersey and the U.S. Courts of Appeals for the Second and Third Circuits.

Mr. Saltzman graduated from Columbia University in 1983 with a Bachelor of Arts degree where he was on the Dean's List throughout his attendance.  From 1985-1990, Mr. Saltzman worked as an officer in the Corporate Trust department of the Bankers Trust Company, responsible for all aspects of Corporate Trust, from integrating new issues to ensuring the accuracy of dividends and stock splits.  Mr. Saltzman earned a Masters of Business Administration degree with a major in Corporate Finance from New York University's Stern School of Business in 1991.  He received his J.D. degree from the Benjamin N. Cardozo School of Law in June, 1994.  Mr. Saltzman was a member of the *Cardozo Law Review* for which he wrote his Note on International and Labor Law.  While at Cardozo, he was an intern with the New York State Attorney General's Office and with the Lawyers' Committee for Human Rights.

**John A. Blyth,** *Associate*

John Blyth is an associate at Hach Rose Schirripa & Cheverie and practices in the field of complex civil litigation. Mr. Blyth's focus is securities fraud, antitrust and consumer class actions, and employment law. His additional responsibilities at the firm include investigating new cases, drafting pleadings and motions, all aspects of discovery, as well as participating in court conferences, mediations and arbitration hearings.

Mr. Blyth is admitted to the Bars of the states of New York and New Jersey, and to the United States District Court for the District of New Jersey and the Eastern, Northern and Southern Districts of New York. Mr. Blyth received a bachelor's degree in Communications from the State University of New York at Albany and worked as a personal banker for JPMorgan Chase & Co. prior to earning his J.D. from the Benjamin N. Cardozo School of Law. Mr. Blyth is a member of the New York City Bar Association and the New York State Trial Lawyers Association. Prior to joining the firm, Mr. Blyth clerked for the Honorable Philip Straniere, supervising judge of the New York Civil Court, Richmond County.

**Kathryn A. Hettler,** *Associate*

Kathryn Hettler is an associate at Hach Rose Schirripa & Cheverie. Ms. Hettler primarily focuses on discovery related aspects of the Firm's securities fraud, antitrust and consumer class actions. Her responsibilities at the Firm include investigating new cases; drafting pleadings and motions; document review; deposition preparation; drafting discovery related memoranda and legal research. In 2019 and 2020, Ms. Hettler was recognized by *New York Super Lawyers* as a "rising star" in securities and corporate finance.

While at HRS&C, Ms. Hettler has contributed to the litigation of dozens of highly complex securities class and derivative actions, including: *In re Facebook, Inc. Section 220 Litigation,* C.A. No. 2018-0661-JRS (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al. v. Zuckerberg, et al.*, C.A. No. 2020-0363 (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund v. The Boeing Co.,* C.A. 2019-0603-MTZ (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al., v. Albaugh, et al.*, C.A. No. 2020-0466-AGB (Del. Ch.); *Hughes v. Hu, et al.*, C.A. No. 2019-0112-JTL (Del. Ch.); *Harvey v. McBride, et al.*, Case No. 1:19-cv-01861-CFC (D. Del.); *Teamsters Local 493 Health Services and Insurance Plan v. Sealed Air Corporation*, C.A No. 2019-0899 (Del. Ch.); *In re the Bank of New York Mellon ADR FX Litigation*, Case No. 16-cv-00212-JPO-JLC (S.D.N.Y); *Teamsters Local 443 Health Services and Insurance Plan, et al. v. Chou, et al.,* C.A. No. 2019-0816-SG (Del. Ch.).

Ms. Hettler is admitted to practice law in the states of New York and New Jersey the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey. She received a B.S. in Business Management from Bucknell University in 2004 and an M.B.A. from Florida Atlantic University in 2007. In 2012, Ms. Hettler received her J.D. from Widener University, where she served as an executive member of the Moot Court Association. During law school, she also had the opportunity to intern with the King's County District Attorney's Office.

14

**Hillary M. Nappi,** *Associate*

Hillary M. Nappi is an associate at Hach Rose Schirripa & Cheverie LLP and practices in the area of complex civil litigation. Ms. Nappi has been selected by Super Lawyers as Metro Rising Star in the area of civil litigation from 2018 through 2020.

Ms. Nappi was part of the litigation team that represented the lead plaintiff in a Delaware Section 220 action against the Board of Directors of AmerisourceBergen Corporation in connection with the Board's refusal to produce books and records relating to the company's role in the multi-billion-dollar opioid crisis. Ms. Nappi is currently pursuing other books and records actions against other companies for their roles in the opioid crisis.

While at HRS&C, Ms. Nappi has contributed to the litigation of highly complex securities class and derivative actions, including *Construction and General Building Laborers' Local No. 79 General Fund v. The Boeing Co.,* C.A. 2019-0603-MTZ (Del. Ch.); *Construction and General Building Laborers' Local No. 79 General Fund, et al., v. Albaugh, et al.*, C.A. No. 2020-0466-AGB (Del. Ch.); and *Teamsters Local 493 Health Services and Insurance Plan v. Sealed Air Corporation*, C.A No. 2019-0899 (Del. Ch.); *City of Westland Police and Fire Retirement System et al. v. NVIDIA Corporation*, C.A. 2020-0075 (Del. Ch.).

Ms. Nappi is also currently litigating hundreds of cases on behalf of survivors of sexual abuse and assault against several institutions – both public and private – in wake of the passage of New York and New Jersey's revival statutes allowing once time barred claims to be heard.

Ms. Nappi is admitted to the Bars of the states of New York and New Jersey, and to the United States District Court for the Southern and Eastern Districts of New York and District of New Jersey. Prior to joining the Firm, Ms. Nappi spent nine years working at the law offices of Boies, Schiller & Flexner LLP. While in law school, Ms. Nappi worked as a legal assistant/paralegal to the firm's Chairman, David Boies. After her admission to the bar, Ms. Nappi was promoted to Staff Attorney. As a Staff Attorney, Ms. Nappi worked on large complex litigation matters as well as conducted regulatory investigations. Ms. Nappi later joined a boutique litigation firm in Westchester County where she honed her trial skills in the areas of criminal defense, commercial litigation, family law, and estate litigation. In 2018, Ms. Nappi was named "Top 40 Under 40 Criminal Defense Attorneys" by National Trial Lawyers.

Ms. Nappi earned her Bachelors of Science Degree in Criminal Justice from Pace University's Pleasantville Campus. Ms. Nappi later received her Juris Doctor from Pace University School of Law (now the Elisabeth Haub School of Law). Ms. Nappi was a participant in NAAC Moot Court Competition and a member of Pace Law School's Moot Court Board. During law school, Ms. Nappi was also heavily involved in the ABA through its Law Students Division where she was the Second Circuit Lt. Governor for Non-Traditional Law Student Relations.

**Seth M. Pavsner,** *Associate*

Seth M. Pavsner is an associate at Hach Rose Schirripa & Cheverie LLP. He practices in the field of complex litigation, with a primary focus on antitrust and class actions, as well as securities fraud and corporate malfeasance. Mr. Pavsner handles highly complex multi-party

15

litigation in federal and state courts across the country.  Most recently, Mr. Pavsner has played a significant role in representing End-Payor Plaintiffs in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724 (E.D. Pa.), a massive, multi-district price-fixing case involving dozens of defendants, a federal criminal probe, a multi-state investigation, and a number of different private plaintiff groups.  Mr. Pavsner also currently represents Relators on behalf of the State of California in *State of California ex. rel. Duncan, et al. v. Sutter Health, et al.*, Case No. RG17846895 (Super. Ct. Alameda Cnty.), a case against a California hospital organization alleging fraudulent overcharging of patients through the systemic and intentional misuse of lucrative billing codes under California's Insurance Frauds Prevention Act, and individual shareholder plaintiffs in the complex derivative securities actions *Hughes v. Hu, et al.*, C.A. No. 2019-0112-JTL (Del. Ch.) and *Richardson v. Clark, et al.*, C.A. No. 2019-1015-SG (Del. Ch.).

Mr. Pavsner has been recognized by his peers as a Rising Star by *New York Super Lawyers*. Mr. Pavsner is a member of the American Bar Association and the New York State Bar Association, and is admitted to the Bars of the states of New York and Massachusetts, as well as the United States Federal Courts for the Southern and Eastern Districts of New York.  Mr. Pavsner received his B.A. in psychology from the University of Pennsylvania, *magna cum laude* with departmental honors, in 2005, and his J.D. from the Boston University School of Law in 2009. While in law school, Mr. Pavsner participated in the Stone Moot Court competition and Phi Alpha Delta legal fraternity.

16