UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK MACHNIEWICZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,<br><br>Defendants. | Case No: 1:19-cv-0822-MKB-VMS<br><br>CLASS ACTION |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 51), Plaintiffs,[1] by their undersigned counsel, respectfully move this Court, before the Honorable Margo K. Brodie, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on September 7, 2021 at 10:00 a.m., for entry of an order granting final approval of the class action Settlement, approving the Plan of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement dated April 1, 2021 (the "Stipulation"). *See* ECF No. 46.

This motion is based on this Notice of Motion, the supporting Memorandum of Law, the Joint Declaration of Laurence Rosen and Michael Capeci and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing. In the event that there are any requests for exclusion or objections received by the July 12, 2021 deadline, Plaintiffs will file an updated proposed final order and judgment with their reply.

Defendants do not oppose this motion.

Dated: June 28, 2021

Respectfully submitted,

*/s/ Laurence M. Rosen*
Laurence M. Rosen
(lrosen@rosenlegal.com)
Phillip Kim
(pkim@rosenlegal.com)
Yu Shi
(yshi@rosenlegal.com)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060

*Lead Counsel for Plaintiffs Saleh Doron Gahtan, Daniel Chiu and the Proposed Class in the Federal Court Action*

Brian Schall
(brian@schallfirm.com)
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964

*Additional Counsel to Plaintiffs Saleh Doron Gahtan, Daniel Chiu and the Proposed Class in the Federal Action*

-and-
Samuel Rudman
(srudman@rgrdlaw.com)

Michael G. Capeci
(mcapeci@rgrdlaw.com)
Magdalene Economou
(meconomou@rgrdlaw.com)
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Tel.: (631) 367-7100

*Counsel for the Proposed Class in the State Court Action*

Casey Sadler
(csadler@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel: (310) 201-9150

Daniella Quitt
(dquitt@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
712 Fifth Avenue, 31 floor
New York, NY  10019
Tel: (212) 935-7400

*Counsel for Plaintiff Mark Lee and the Proposed Class in the State Court Action*

Mark Rifkin
(rifkin@whafh.com)
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016
Tel: (212) 545-4600
Fax: (212) 686-0114

*Counsel for Plaintiff Lei Liang and the Proposed Class in the State Court Action*

Frank R. Schirripa
(fschirripa@hrsclaw.com
Kurt Hunciker
(khunciker@hrsclaw.com)
Seth M. Pavsner

(spavsner@hrsclaw.com)
HACH ROSE SCHIRRIPA
   & CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Counsel for Plaintiff Adam Franchi and the Proposed Class in the State Court Action*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of June, 2021, a true and correct copy of the foregoing **NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

            */s/ Laurence Rosen*
            Laurence Rosen