# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK MACHNIEWICZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,<br><br>Defendants. | Case No: 1:19-cv-0822-MKB-VMS |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION

| | |
|---|---|
| IN RE UXIN LIMITED SECURITIES LITIGATION | Index No. 650427/2019<br><br>Hon. Andrew Borrok<br><br>Commercial Division Part 53 |

### SUPPLEMENTAL DECLARATION OF PATTY L. NOGALSKI REGARDING NOTICE ADMINISTRATION

I, Patty L. Nogalski, declare as follows:

1. I am a Project Manager with A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's April 22, 2021, Preliminary Approval Order (ECF No. 51), A.B. Data was appointed as

Claims Administrator in connection with the above-captioned actions (the "Actions").[1] I am over 21 years of age and am not a party to the Actions. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Patty L. Nogalski Regarding (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated June 28, 2021 (the "Nogalski Decl.") (ECF No. 56-1).

3.  As detailed in the Nogalski Decl., A.B. Data has been processing requests from brokers and other nominees to facilitate sending the Notice Packet to potential Settlement Class Members. Since the execution of the Notice Administration Declaration, A.B. Data has continued to disseminate copies of the Notice Packet in response to requests from potential Settlement Class Members, brokers, and other nominees. As of the date of this Declaration, a total of 40,004 Notice Packets have been sent to potential Settlement Class Members and their nominees.

4.  As of the date of this Declaration, A.B. Data has received approximately 2,700 claims. A.B. Data is currently conducting audits and quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

### REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED

5.  The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed to the Claims Administrator postmarked no later than

---

[1] Unless otherwise defined, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated April 1, 2021 (ECF No. 46) (the "Settlement Agreement").

July 12, 2021. The Notice also set forth the information that was required to be included in each request for exclusion.

6.  As previously reported in the Nogalski Decl., as of June 25, 2021 A.B. Data had not received any requests for exclusion. As of the date of this Declaration, A.B. Data has not received any additional requests for exclusion.

7.  The Notice also informed potential Settlement Class Members wishing to object to the Settlement that such requests were to be received no later than July 12, 2021. The Notice detailed any objections to the Settlement must be served on the Court and the Parties at the addresses provided. As of the date of this Declaration, A.B. has not received any objections and Plaintiffs' Counsel has represented to A.B. Data that they also have not received any objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August, 2021.

Patty L. Nogalski

3