UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICK MACHNIEWICZ, individually and
on behalf of all others similarly situated,

        Plaintiff,

        vs.

UXIN LIMITED, KUN DAI, ZHEN ZENG,
RONG LU, JULIAN CHENG, DOU SHEN,
HAINAN TAN, MORGAN STANLEY & CO.
INTERNATIONAL PLC, GOLDMAN SACHS
(ASIA) L.L.C., J.P. MORGAN SECURITIES
LLC, CHINA INTERNATIONAL CAPITAL
CORPORATION HONG KONG SECURITIES
LIMITED, and CHINA RENAISSANCE
SECURITIES (HONG KONG) LIMITED,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  19-cv-822 (MKB) (VMS)

**ECF CASE**
**Electronically Filed**

**DECLARATION OF ROBERT A. FUMERTON REGARDING COMPLIANCE
WITH THE CLASS ACTION FAIRNESS ACT ("CAFA"), 28 U.S.C. § 1715**

I, Robert A. Fumerton, hereby declare as follows:

1.     I am an attorney admitted to practice law in New York.  I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendants Uxin Limited, Kun Dai, Zhen Zeng, Rong Lu, Julian Cheng, Dou Shen and Hainan Tan (the "Uxin Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein

2.     On April 12, 2021, I caused a letter containing the information and documents called for by 28 U.S.C. § 1715(b) to be sent via priority mail to the appropriate State and Federal officials, as defined in 28 U.S.C. § 1715(a).  A true and correct copy of that letter, without the court documents that were enclosed with the letter, is attached hereto as **Exhibit 1**.

3.      On June 4 2021, I caused an amended letter to be sent via priority mail to the appropriate State and Federal officials, as defined in 28 U.S.C. § 1715(a), which added the Court's Order granting preliminary approval of the settlement (which was issued after my April 12 letter) and clarified that the notice was on behalf of all Defendants.  A true and correct copy of that letter, without the court documents that were enclosed with the letter, is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2021, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton