# Exhibit 2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
+1 212-735-3902
DIRECT FAX
+1 917-777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

June 4, 2021

**VIA MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20520-00001

The Honorable Gary Gensler
Chair
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-0330

Additional recipients identified in Exhibit A hereto

> **RE:**   **Amended CAFA Notification of Settlement in *Machniewicz v. Uxin Limited, et al.*, Civ. No. 1:19-cv-00822 (MKB) (VMS) (E.D.N.Y.)**

Dear Sir/Madam:

Uxin Limited, Kun Dai, Zhen Zeng, Rong Lu, Julian Cheng, Dou Shen,Hainan Tan, Morgan Stanley & Co. International plc, Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, China International Capital Corporation Hong Kong Securities Limited and China Renaissance Securities (Hong Kong) Limited (all, collectively, "Defendants") are defendants in the above-referenced action, which was brought on behalf of all persons that (i) purchased or otherwise acquired Uxin American Depository Shares ("ADS") from June 27, 2018 through April 16, 2019,

June 4, 2021
Page 2

inclusive, or (ii) purchased or otherwise acquired Uxin ADSs pursuant or traceable to Uxin's Registration Statements and Prospectus for Uxin's Initial Public Offering ("IPO").  Defendants hereby notify you, pursuant to the notice provision of the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, *et seq.*, of the proposed settlement between plaintiffs and Defendants in both the above-referenced action and a related action in New York state court captioned *In re Uxin Limited Securities Litigation*, Index No. 650427/2019 (Sup. Ct. N.Y.) (the "Settlement").  A final fairness hearing is scheduled for September 7, 2021 at 10:00 a.m. before the Honorable Margo K. Brodie, Chief Judge of the United States District Court for the Eastern District of New York.

The following documents associated with the above-referenced actions and the Settlement are enclosed on a CD:

| | |
|---|---|
| Exhibit 1: | Class Action Complaint for Violations of the Federal Securities Laws, *Machniewicz v. Uxin Limited, et al.*, Civ. No. 1:19-cv-00822 (MKB) (VMS) (E.D.N.Y.) (ECF No. 1) and related attachments |
| Exhibit 2: | Amended Class Action Complaint for Violations of the Federal Securities Laws, *Machniewicz v. Uxin Limited, et al.*, Civ. No. 1:19-cv-00822 (MKB) (VMS) (E.D.N.Y.) (ECF No. 19) and related exhibits |
| Exhibit 3: | Consolidated Amended Complaint for Violations of the Federal Securities Laws, *In re Uxin Limited Securities Litigation*, Index No. 650427/2019 (Sup. Ct. N.Y.) (NYSCEF No. 65) |
| Exhibit 4: | Stipulation of Settlement |
| Exhibit 5: | [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement |
| Exhibit 6: | Notice of Pendency and Proposed Settlement of Class Action |
| Exhibit 7: | Summary Notice of Pendency and Proposed Class Action Settlement |
| Exhibit 8: | Proof of Claim and Release Form |
| Exhibit 9: | [Proposed] Order and Final Judgment |

June 4, 2021
Page 3

Exhibit 10:    Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, *Machniewicz v. Uxin Limited, et al.*, Civ. No. 1:19-cv-00822 (MKB) (VMS) (E.D.N.Y. Apr. 22, 2021) (ECF No. 51)

The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the Stipulation of Settlement and which was not filed with the Court. As described in the Stipulation of Settlement, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to terminate the Settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement. The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

No final judgment or notice of dismissal has been issued as of the date of this letter. Filings in the above-referenced actions are posted on the website for the United States District Court for the Eastern District of New York, which may be accessed at https://ecf.nyed.uscourts.gov/cgi-bin/ShowIndex.pl, and on the website for the New York State Unified Court System, which may be accessed at https://iapps.courts.state.ny.us/nyscef/HomePage.

Pursuant to 28 U.S.C. § 1715(b)(7), Defendants state that it is not feasible at this time to provide the names of individual class members who reside in each state, or the estimated number of class members residing in each state, or the proportionate share of the claims of such members to the entire settlement.

This letter notice is submitted on behalf of all Defendants. This notice and the accompanying materials are intended to satisfy any and all notification obligations that Defendants have pursuant to CAFA with respect to the above-captioned matter. If you have any questions about this notice, the lawsuit, or the enclosed materials, please contact me by telephone at (212) 735-3902 or by e-mail at Robert.Fumerton@skadden.com.

Sincerely,

Robert A. Fumerton

Encls.

## EXHIBIT A

Office of the Alabama Attorney General
Office of the Alaska Attorney General
Office of the Arizona Attorney General
Office of the Arkansas Attorney General
Office of the California Attorney General
Office of the Colorado Attorney General
Office of the Connecticut Attorney General
Office of the Delaware Attorney General
Office of the District of Columbia Attorney General
Office of the Florida Attorney General
Office of the Georgia Attorney General
Office of the Hawaii Attorney General
Office of the Idaho Attorney General
Office of the Illinois Attorney General
Office of the Indiana Attorney General
Office of the Iowa Attorney General
Office of the Kansas Attorney General
Office of the Kentucky Attorney General
Office of the Louisiana Attorney General
Office of the Maine Attorney General
Office of the Maryland Attorney General
Office of the Massachusetts Attorney General
Office of the Michigan Attorney General
Office of the Minnesota Attorney General
Office of the Mississippi Attorney General
Office of the Missouri Attorney General
Office of the Montana Attorney General
Office of the Nebraska Attorney General
Office of the Nevada Attorney General
Office of the New Hampshire Attorney General
Office of the New Jersey Attorney General
Office of the New Mexico Attorney General
Office of the New York Attorney General
Office of the North Carolina Attorney General
Office of the North Dakota Attorney General
Office of the Ohio Attorney General
Office of the Oklahoma Attorney General
Office of the Oregon Attorney General
Office of the Pennsylvania Attorney General
Office of the Rhode Island Attorney General
Office of the South Carolina Attorney General
Office of the South Dakota Attorney General
Office of the Tennessee Attorney General
Office of the Texas Attorney General
Office of the Utah Attorney General
Office of the Vermont Attorney General
Office of the Virginia Attorney General
Office of the Washington Attorney General
Office of the West Virginia Attorney General
Office of the Wisconsin Attorney General
Office of the Wyoming Attorney General
Yap State Office of the Attorney General
Office of the Chuuk Attorney General
Office of the Kosrae Attorney General

Office of the Pohnpei Attorney General
Office of the New York Attorney General
Office of the American Samoa Attorney General
Office of the Northern Mariana Islands (Acting) Attorney General
Office of the Puerto Rico Attorney General
Office of the Guam Attorney General
Office of the Virgin Islands Attorney General
Board of Governors of the Federal Reserve System
Federal Reserve Bank of New York General Counsel
Office of the Comptroller of the Currency Deputy Controller, Northeastern District
Office of the Comptroller of the Currency Director, Litigation Division