# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK MACHNIEWICZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UXIN LIMITED, KUN DAI, ZHEN ZENG, RONG LU, JULIAN CHENG, DOU SHEN, HAINAN TAN, MORGAN STANLEY & CO. INTERNATIONAL PLC, GOLDMAN SACHS (ASIA) L.L.C., J.P. MORGAN SECURITIES LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,<br><br>    Defendants. | Case No: 1:19-cv-0822-MKB-VMS<br><br><br>CLASS ACTION |

## NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiff Saleh Doron Gahtan and Named Plaintiff Daniel Chiu ("Federal Court Plaintiffs"),[1] along with State Court Plaintiffs Adam Franchi, Raul Araujo, Lei Liang, and Mark Lee in the parallel State Court Action (Federal Court Plaintiffs and State Court Plaintiffs are collectively the "Plaintiffs"), through the undersigned Class Counsel, hereby move this Court for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order"). Among other things, the Class Distribution Order: (i) approves the Claims

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated April 1, 2021 (the "Stipulation"). *See* ECF No. 46.

Administrator's recommendations accepting and rejecting Claims submitted in the Actions; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Patty L. Nogalski on Behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Fund, and the exhibits thereto.

Defendants take no position on this Motion.  Accordingly, Plaintiffs respectfully request that the Court decide the Motion on the papers, and enter the Class Distribution Order.

Dated: March 15, 2022

Respectfully submitted,

*/s/ Laurence M. Rosen*
Laurence M. Rosen
(lrosen@rosenlegal.com)
Phillip Kim
(pkim@rosenlegal.com)
Yu Shi
(yshi@rosenlegal.com)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060

*Counsel for Federal Court Plaintiffs Saleh Doron Gahtan, Daniel Chiu and the Settlement Class*

-and-

Samuel Rudman
(srudman@rgrdlaw.com)
Michael G. Capeci
(mcapeci@rgrdlaw.com)
Magdalene Economou
(meconomou@rgrdlaw.com)
ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747

Tel.: (631) 367-7100

*Counsel for the State Court Plaintiffs and the Settlement Class*

Casey Sadler
(csadler@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel: (310) 201-9150

Daniella Quitt
(dquitt@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
745 Fifth Avenue, 5th Floor
New York, NY  10019
Tel: (212) 935-7400

*Counsel for State Court Plaintiff Mark Lee and the Settlement Class*

Mark Rifkin
(rifkin@whafh.com)
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016
Tel: (212) 545-4600
Fax: (212) 686-0114

*Counsel for State Court Plaintiff Lei Liang and the Settlement Class*

Frank R. Schirripa
(fschirripa@hrsclaw.com
Kurt Hunciker
(khunciker@hrsclaw.com)
Seth M. Pavsner
(spavsner@hrsclaw.com)
HACH ROSE SCHIRRIPA
    & CHEVERIE LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Counsel for State Court Plaintiff Adam Franchi and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2022, a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen